AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jesus Rivera
(AKA: JD Rivera, Jesus Delamora Rivera)

Defendant

Case: 1:21-mj-00118
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/19/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jesus Rivera

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 1752(a)(1) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 USC § 1752(a)(2) Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds
40 USC § 5104(e)(2)(D) Engaging in Disorderly or Disruptive Conduct on Capitol Buildings or Grounds
40 USC § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: 01/19/2021

2021.01.19 13:11:51 -05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/19/2021, and the person was arrested on *(date)* 1/20/2021
at *(city and state)* Pensacola, FL

Date: 1/22/2021

*Arresting officer's signature*

Special Agent Alex Noguciras Jr
*Printed name and title*