UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 1:21-CR-00060-CKK |
| | § |
| JESUS D. RIVERA | § |

## WAIVER OF RIGHT TO A SPEEDY TRIAL

I understand that I have the right to have my trial commence within the time required by the Speedy Trial Act, 18 U.S.C. § 3161-3174, but have elected to have that time period extended.

Being fully advised of my rights regarding a speedy trial, I knowingly, intelligently and voluntarily waive my right to a speedy trial. This decision has been made after I:

(A) was advised by my attorney of the reasons for seeking an extension of time before trial;

(B) became aware that the time requested in the extension may be excluded from any calculation of time under the Speedy Trial Act; and

(C) with full understanding and knowledge, have agreed to the extension of time that has been requested.

I certify under the penalty of perjury that the forgoing is true and correct on this 14th day of April, 2021.

_____
Jesus Rivera
Defendant

Approved by:

_____
Guy L. Womack
Attorney for Defendant