UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JESUS RIVERA,

     Defendant.

Criminal No. 21-60 (CKK)

**ORDER**
(April 14, 2021)

Pending before the Court is the United States of America's [9] Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act. The parties have conferred, and Mr. Rivera has confirmed his consent to the government's requested relief. *See* Pl.'s Stmt., ECF No. 12, at 1.

Upon review of the pending motion and the record herein, the Court finds that the investigation into the events that gave rise to the charges against Mr. Rivera is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). Specifically, this case involves unusually voluminous discovery, which the government must review and produce to Mr. Rivera in order for both sides to prepare for further proceedings.

The Court, therefore, finds that the interests of justice are served by continuing this case and tolling the computation of time under the Speedy Trial Act for a period of approximately sixty days, from April 6, 2021 through and including June 7, 2021. This continuance will allow the parties adequate time to produce and review discovery materials. For the reasons stated in this Order and because Mr. Rivera consents to the government's motion, the Court finds that the

1

interests of justice served by such action outweigh the best interests of the Defendant and the public in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).  It therefore is hereby

**ORDERED** that the United States of America's [9] Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act is **GRANTED**; it is

**FURTHER ORDERED** that this action is continued from April 6, 2021 through and including June 7, 2021; it is

**FURTHER ORDERED** that in the interests of justice, the time from April 6, 2021 through and including June 7, 2021 is excluded from the Speedy Trial Act computation.  With this exclusion of time, the Court calculates that Mr. Rivera's current "70-day" deadline is now **August 16, 2021**.  *See* 18 U.S.C. § 3161(c)(1).  The Court finds that the "90-day" deadline is inapplicable in this case, given Mr. Rivera's release from custody.  *See* 18 U.S.C. § 3164.; it is

**FURTHER ORDERED** that the parties shall appear before the Court for a status conference on **June 7, 2021 at 2:00 p.m.**

**SO ORDERED**.

Dated:  April 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge