UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-60-CKK |
| v. | : | |
| | : | |
| JESUS RIVERA, | : | |
| | : | |
| Defendant. | : | |

### PARTIES' JOINT PROPOSED SCHEDULING ORDER

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, submits the parties' joint proposed scheduling order for the trial of this matter. The undersigned counsel for the government has reviewed this proposed order with counsel for the defendant, Guy Womack, Esq., who has authorized the government to submit this proposed order on behalf of both parties. The proposed order is attached for the Court's consideration.

By: _____
JOHN W. BORCHERT
Assistant United States Attorney
D.C. Bar No. 472824
555 Fourth Street, N.W., Room 5830
Washington, D.C. 20530
John.Borchert@usdoj.gov
(202) 252-7679

December 17, 2021

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December 2021, I served a copy of the foregoing on counsel for the defendant via the Court's ECF system.

                                                        JOHN W. BORCHERT
                                                        Assistant United States Attorney