UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-60-CKK |
| v. | : | |
| | : | |
| JESUS RIVERA, | : | |
| | : | |
| Defendant. | : | |

**PROPOSED PRETRIAL SCHEDULING ORDER**

|  | *Proposed Deadlines* |
|---|---|
| Discovery & Associated Deadlines | |
| Government to complete any final discovery under present indictment | N/A |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | N/A |
| Discovery motions (Fed. R. Crim. P. 16) | 30 days < Trial Date |
| | |
| Expert Notices & Other Crimes Evidence | |
| Government's expert notice (FRE 701 & 702) | 60 days < Trial Date |
| Defendant's expert notice (FRE 701 & 702) | 60 days < Trial Date |
| Government's FRE 404(b) notice | 60 days < Trial Date |
| Defendant's response to FRE 404(b) notice | 45 days < Trial Date |
| *Brady* notice | 30 days < Trial Date |
| | |
| Experts | |
| Expert reports (FRE 702) | 60 days < Trial Date |
| Lay witness identification and subject matter (FRE 701) | 30 days < Trial Date |
| | |
| Non-Evidentiary Pretrial Motions | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | 90 days < Trial Date |
| Government's response to Defendant's non-evidentiary motions | 75 days < Trial Date |
| Defendant's reply as to non-evidentiary motions | 70 days < Trial Date |
| Government's non-evidentiary pretrial motions | 90 days < Trial Date |
| Defendant's response to Government's non-evidentiary motions | 75 days < Trial Date |
| Government's reply as to non-evidentiary motions | 70 days < Trial Date |
| | |
| Evidentiary Pretrial Motions | |
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | 60 days < Trial Date |
| Government's response to Defendant's evidentiary motions | 45 days < Trial Date |
| Defendant's reply as to evidentiary motions | 40 days < Trial Date |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | 60 days < Trial Date |
| Defendant's response to Government's evidentiary motions | 45 days < Trial Date |

| | |
|---|---|
| Government's reply as to evidentiary motions | 40 days < Trial Date |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | 60 days < Trial Date |
| Responses to motions *in limine* | 45 days < Trial Date |
| Replies as to motions *in limine* | 40 days < Trial Date |
| | |
| Joint notice of stipulations | 30 days < Trial Date |
| *Giglio* and *Jencks* material | One Week < Testimony |
| *Voir Dire* and Jury Instructions | One Week < Trial Date |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | One Week < Trial Date |
| Defendant's witness list, exhibit list and exhibits | One Week < Trial Date |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is tentatively scheduled to begin on_____. The parties shall promptly notify the Court if they want to change this date.**

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge