## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
## WASHINGTON, DC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:21-C00060-CKK |
| JESUS D. RIVERA | § § | |

### ORDER

THIS COURT, having considered Defendant's Unopposed Motion for Continuance and applicable case law, finds and it is ordered that Defendant's motion is hereby **GRANTED DENIED**.

IT IS SO ORDERED this _____ day of _____, 2021.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE