UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-CR-60-CKK |
| v. | : | |
| | : | |
| **JESUS RIVERA,** | : | |
| | : | |
| **Defendant.** | : | |

**PROPOSED PRETRIAL SCHEDULING ORDER**

|  | *Proposed Deadlines* |
|---|---|
| <u>Discovery & Associated Deadlines</u> | |
| Government to complete any final discovery under present indictment | N/A |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | N/A |
| Discovery motions (Fed. R. Crim. P. 16) | May 6, 2022 |
| | |
| <u>Expert Notices & Other Crimes Evidence</u> | |
| Government's expert notice (FRE 701 & 702) | April 8, 2022 |
| Defendant's expert notice (FRE 701 & 702) | April 8, 2022 |
| Government's FRE 404(b) notice | April 8, 2022 |
| Defendant's response to FRE 404(b) notice | April 22, 2022 |
| *Brady* notice | May 6, 2022 |
| | |
| <u>Experts</u> | |
| Expert reports (FRE 702) | April 8, 2022 |
| Lay witness identification and subject matter (FRE 701) | May 6, 2022 |
| | |
| <u>Non-Evidentiary Pretrial Motions</u> | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | March 4, 2022 |
| Government's response to Defendant's non-evidentiary motions | March 18, 2022 |
| Defendant's reply as to non-evidentiary motions | March 25, 2022 |
| Government's non-evidentiary pretrial motions | March 4, 2022 |
| Defendant's response to Government's non-evidentiary motions | March 18, 2022 |
| Government's reply as to non-evidentiary motions | March 25, 2022 |
| | |
| <u>Evidentiary Pretrial Motions</u> | |
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | April 8, 2022 |
| Government's response to Defendant's evidentiary motions | April 22, 2022 |
| Defendant's reply as to evidentiary motions | April 29, 2022 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | April 8, 2022 |
| Defendant's response to Government's evidentiary motions | April 22, 2022 |

| | |
|---|---|
| Government's reply as to evidentiary motions | April 29, 2022 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | April 8, 2022 |
| Responses to motions *in limine* | April 22, 2022 |
| Replies as to motions *in limine* | April 29, 2022 |
| | |
| Joint notice of stipulations | May 6, 2022 |
| *Giglio* and *Jencks* material | One week before witness testimony but not sooner than May 31, 2022 |
| | |
| *Voir Dire* and Jury Instructions | May 31, 2022 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | May 31, 2022 |
| Defendant's witness list, exhibit list and exhibits | May 31, 2022 |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is tentatively scheduled to begin on Tuesday, June 14, 2022. The parties shall promptly notify the Court if they want to change this date.**

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge