UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-60 (CKK) |
| **JESUS D. RIVERA,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Mona Lee M. Furst is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: March 29, 2022

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ MONA LEE M. FURST
MONA LEE M. FURST
Assistant United States Attorney
Detailee – Capitol Siege Division
Kansas Bar No. 13162
United States Attorney's Office
1200 Epic Center, Suite 1200
Wichita, Kansas 67202
Mobile No. (316) 269-6537

## **CERTIFICATE OF SERVICE**

On this 29th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_/s/ MONA LEE M. FURST_
MONA LEE M. FURST
Assistant United States Attorney
