# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-60 (CKK)** |
| **JESUS D. RIVERA,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Barry K. Disney is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: April 4, 2022        MATTHEW M. GRAVES
                            UNITED STATES ATTORNEY
                            D.C. Bar No. 481052

                    By:     /s/ BARRY K. DISNEY
                            Barry K. Disney
                            Trial Attorney, Capital Case Section
                            Detailee – Capitol Siege Division
                            Kansas Bar No. 13284
                            U.S. Department of Justice
                            1331 F. St. NW, Suite 6000
                            Washington, D.C. 20005
                            202-305-4367 (office)
                            202-924-4861 (cell)
                            Barry.Disney@usdoj.gov

**CERTIFICATE OF SERVICE**

      On this 4th day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                          _/s/ BARRY K. DISNEY_
                                                          BARRY K. DISNEY
                                                          Trial Attorney