**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 21-0060 (CKK) |
| JESUS RIVERA, | |
| Defendant. | |

**AMENDED PRETRIAL SCHEDULING ORDER**
(April 4, 2022)

In accordance with the parties' requests at the April 1, 2022 status conference, the court hereby sets the following amended deadlines.

Discovery & Associated Deadlines

| | |
|---|---|
| Government to complete any final discovery under present indictment | N/A |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | N/A |
| Discovery motions (Fed. R. Crim. P. 16) | May 6, 2022 |

Expert Notices & Other Crimes Evidence

| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | April 29, 2022 |
| Defendant's expert notice (FRE 701 & 702) | April 29, 2022 |
| Government's FRE 404(b) notice | April 29, 2022, 2022 |
| Defendant's response to FRE 404(b) notice | May 13, 2022 |
| *Brady* notice | May 6, 2022 |

Experts

| | |
|---|---|
| Expert reports (FRE 702) | April 29, 2022 |
| Lay witness identification and subject matter (FRE 701) | May 6, 2022 |

Non-Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | March 4, 2022 |
| Government's response to Defendant's non-evidentiary motions | March 18, 2022 |
| Defendant's reply as to non-evidentiary motions | March 25, 2022 |
| Government's non-evidentiary pretrial motions | March 4, 2022 |
| Defendant's response to Government's non-evidentiary motions | March 18 , 2022 |
| Government's reply as to non-evidentiary motions | March 25, 2022 |

Evidentiary Pretrial Motions

Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                    April 29, 2022
     Government's response to Defendant's evidentiary motions       May 13, 2022
     Defendant's reply as to evidentiary motions                    May 20, 2022
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                          April 29, 2022
     Defendant's response to Government's evidentiary motions       May 13, 2022
     Government's reply as to evidentiary motions                   May 20, 2022

Motions in Limine
Motions *in limine* by both sides                                    April 29, 2022
Responses to motions *in limine*                                    May 13, 2022
Replies as to motions *in limine*                                   May 20, 2022

Joint notice of stipulations                                        May 6, 2022

*Giglio* and *Jencks* material                                      May 31, 2022

*Voir Dire* and Jury Instructions                                   May 31, 2022

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits                May 31, 2022
Defendant's witness list, exhibit list and exhibits                May 31, 2022

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is tentatively set to begin on June 14, 2022. The parties shall promptly notify the Court if they want to change this date.**

       **SO ORDERED.**

                 /s/
                 COLLEEN KOLLAR-KOTELLY
                 United States District Judge