# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. 1:21-CR-00060-CKK |
| § | |
| JESUS D. RIVERA § | |

## NOTICE OF NO OBJECTIONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant, through Counsel and files this notice of no objections to the Government's *Motions In Limine* [Document 41 & 42].

Very respectfully,

*/S/ Guy L. Womack*

Guy L. Womack
Counsel for Defendant
Texas Bar No. 00788928
609 Heights Blvd.
Houston, Texas   77007
Tel:  (713) 224-8815
Fax:  (713) 224-8812
Guy.Womack@USA.net

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served upon the Government Counsel by CM/ECF on this 29th day of April, 2022.

*/S/ Guy L. Womack*
Guy L. Womack