CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
vs.                         )   Criminal Case No.: 21cr060 (CKK)
                            )
JESUS D. RIVERA             )
                            )
                            )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

BARRY DISNEY  Digitally signed by BARRY DISNEY
              Date: 2022.05.09 08:41:05 -04'00'

Assistant United States attorney

Approved:

_____   Date: May 9, 2022

COLLEEN KOLLAR-KOTELLY
United States District Judge