## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 1:21-CR-00060-CKK |
| § | |
| JESUS RIVERA § | |

## ORDER

THIS COURT, having considered Defendant's Motion In Limine and applicable case law, finds and it is ordered that Defendant's motion is hereby **GRANTED     DENIED**.

IT IS SO ORDERED this _____ day of _____, 2022.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE