**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JESUS RIVERA,<br><br>          Defendant. | Criminal Action No. 21-060 (CKK) |

**ORDER REGARDING COVID PROCEDURES**
(June 6, 2022)

A bench trial in this case is scheduled to begin on June 14, 2022. The parties will arrive at Courtroom 28-A at 8:30 AM ET to conduct a final walkthrough of the courtroom and to discuss any remaining preliminary matter. In light of relatively high rates of transmission in the District of Columbia, the Court sets the following restrictions consistent with the practices outlined in Appendix 8 of the Continuity of Operations Plan During the COVID-19 Pandemic. *See* Plan for Jury Trials (Mar. 2, 2022), available at:

https://www.dcd.uscourts.gov/sites/dcd/files/Appendix8_Updated_20220302.pdf.

1.  Through all proceedings, all trial participants must, at a minimum, wear N-95 (or similar) face masks covering the mouth and nose throughout the entire proceeding, except as directed by the Court. The Court may provide testifying witnesses or other participants with a clear protective facial mask. Participants are reminded that pursuant to Standing Order No. 21-20, all persons visiting the courthouse must wear a face mask covering their nose and mouth while in public areas of the courthouse. *Mask Requirement for all Individuals in Public and Non-Public Areas of Courthouse*, (Apr. 4, 2022), available at:

https://www.dcd.uscourts.gov/sites/dcd/files/Access%20to%20the%20Courthouse-Updated%20April%204%2C%202022-PUBLIC%20AREAS%20ONLY.pdf.

1

2.	The number of individuals in the courtroom will be limited to the minimum necessary. Each side may have a maximum of four individuals seated at counsel table. **Counsel should notify the Court via email to the courtroom deputy clerk if they need for any individual other than counsel, the defendant, and witnesses to attend the proceeding**.

3.	All participants must remain at or near their assigned places throughout the proceeding, except as directed by the Court. Attorneys shall use the microphones at counsel table or at the podium adjacent to each counsel table when speaking and shall not move away from their assigned places unless the Court authorizes them to do so. If the Court recesses for a break, all participants must return to the seat they occupied prior to the break.

4.	Witnesses presenting live testimony will wait in witness rooms located adjacent to the courtroom prior to testifying. The courtroom deputy clerk will show counsel the locations of the witness rooms the morning of the hearing. Counsel will be responsible for directing their witnesses to the witness rooms when the witnesses arrive, and for retrieving their witnesses from the witness rooms when it is time for the witnesses to testify.

5.	Witnesses will testify from the witness stand.

6.	The Court will open the gallery to the public each morning.  Entrance to the gallery shall be on a first-come, first-served basis.  Members of the public who enter the gallery to observe proceedings shall remain spaced six feet apart and shall wear a mask at all times. Because the Court will open the gallery to the public, the Court will not open the public telephone line.  If necessary, the Court will reserve one seat in the gallery for press, also on a first-come, first-served basis.  There will be no "overflow" courtroom for the public.

**7.**	Any individual who has tested positive for COVID-19, is experiencing symptoms consistent with COVID-19, or learns of exposure to an individual who has tested positive for the

3

COVID-19, should not come to the courthouse and should contact the courtroom deputy clerk for further instructions. If during the proceeding any participant experiences symptoms consistent with COVID-19 or learns of exposure to an individual who has tested positive for COVID-19, that person should notify the courtroom deputy clerk immediately.

**SO ORDERED.**

                                                             /s/
                                            **COLLEEN KOLLAR-KOTELLY**
                                            United States District Judge

Dated: June 6, 2022