**Government** ✔   United States

**Plaintiff** ☐   VS.   Criminal No. 21-CR-00060 (CKK)

**Defendant** ☐   Jesus D. Rivera

**Joint** ☐

**Court** ☐

## GOVERNMENT'S EXHIBIT LIST

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Notes |
|---|---|---|---|---|---|
| | **00-99 Series: Physical Evidence** | | | | |
| 1 | 2 CDs with original videos from devices | | | Chan/Nogueiras | iPhone download Premise SW |
| 4 | 1B4 Sony digital camera | | | Chan/Nogueiras | Premise SW |
| 9 | 1B9 Red/Black Plaid Fleece button down shirt | | | Chan/Nogueiras | Premise SW |
| 11 | 1B11 iPhone 10 in Black Otterbox case | | | Chan/Nogueiras | Premise SW |
| 12 | 1B12 Black 128GB Extreme Pro Sandisk SD Card, found inside 1B4 | | | Chan/Nogueiras | Premise SW |
| | | | | | |
| | **100-199 Series: Maps/Diagrams & Photographs** | | | | |
| 100 | Capitol photograph with perimeter | | | Hawa USCP | USCP |
| 101 | Video CU IMG 180 closed sign on fence NW Lawn | | | USCP Nogueiras | Chance Uptmore video through SW |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Notes |
|---|---|---|---|---|---|
| 101a | Photograph CU IMG 180 closed sign | | | USCP | Chance Uptmore video through SW |
| 102 | Video CU IMG 181 closed sign on fencing closer to Capitol on NW Lawn | | | USCP Nogueiras | Chance Uptmore video through SW |
| 102a | Photograph IMG 181 CU closed with fence | | | USCP | Chance Uptmore video through SW |
| 103 | 20.14 Closure of West Front for Inauguration | | | USCP | USCP |
| 104 | January 5, 2021 Area Closed photograph | | | USCP | USCP |
| 105 | USCP ground closure announcement | | | USCP | USCP |
| 106 | Capitol Model by Deloitte | | | USCP | Deloitte |
| | | | | | |
| | | | | | |
| | **200-299 Series: Documents/Reports** | | | | |
| 200 | | | | | |
| 201 | Stipulations | | | | |
| 202 | | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Notes |
|---|---|---|---|---|---|
| 203 | Email - USSS HOS Notification- Vice President Pence, Mrs. Pence and daughter | | | USSS Hawa | USSS |
| 204 | Worksheet - Notification – Visit of Vice President Michael | | | USSS Hawa | USSS |
| 205 | U.S. Constitution, Amend. XII | | | Judicial Notice Stipulation | |
| 206 | Title 3, United States Code, § 15 | | | Judicial Notice Stipulation | |
| 207 | Title 3, United States Code, § 16 | | | Judicial Notice Stipulation | |
| 208 | Title 3, United States Code, § 17 | | | Judicial Notice Stipulation | |
| 209 | Title 3, United States Code, § 18 | | | Judicial Notice Stipulation | |
| 210 | S. Con. Res. 1, dated Jan. 3, 2021 | | | Judicial Notice Stipulation | Congress |
| 211 | Congressional record - House | | | Judicial Notice Stipulation | Congress |
| 212 | Congressional record - Senate | | | Judicial Notice Stipulation | Congress |
| 213 | House Video Certification | | | Stipulation | Congress |
| 214 | Senate Video Certification | | | Stipulation | Congress |
| | | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Notes |
|---|---|---|---|---|---|
| | **300-399 Series: Audio/Video** | | | | |
| 300 | Montage of Video Footage from USCP Security | | | USCP | USCP |
| 301 | Montage of Video Footage from the U.S. House and Senate on January 6, 2021 | | | Hawa | Congress USAO |
| 302 | Peace Circle CCTV RF Northwest Roof | | | USCP | CCTV |
| 303 | Peace Circle CCTV Peace Circle NW | | | USCP | CCTV |
| 304 | Peace Circle CCTV ISO time - lapse video | | | USCP | CCTV |
| 305 | 4d3545d197be101f5c0dd5a1ede6dcad.mp4 Walking to Capitol | | | Nogueiras | HQ FB SW 1/11/21 |
| 306 | Clip_C0067.MP4 Walking up lawn | | | Nogueiras | Def. camera SD card |
| 307 | CU_IMG_0213.MP4 On NW lawn | | | USCP Nogueiras | Chance Uptmore video through SW |
| 308 | C0068.MP4 Police on NW stair | | | Nogueiras | Def. camera SD card |
| 308a | C0068.MP4 Police on NW Stair Screen shot – spraying police | | | Nogueiras | Def. camera SD card |
| 309 | UWT CCTV NW stairs - Cone being thrown | | | Nogueiras | CCTV |
| 310 | Clips combined_breach_NW stairs_ C29349b61ed9820754d9566d94935e1a.mp4-mp4 | | | Nogueiras | HQ FB SW 1/11/21 |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Notes |
|---|---|---|---|---|---|
| 311 | Senate Wing Door CCTV Before 1st Breach/First Breach | | | USCP | CCTV |
| 312 | C0071.MP4 Going up stairs | | | Nogueiras | Def. camera SD card |
| 313 | Clip_LC video GH010092.mp4 On UWT | | | Nogueiras | Lloyd Cruz GoPro video obtained from Cruz voluntary consent |
| 314 | C0073.MP4 Showing crowd and police UWT | | | Nogueiras | Def. camera SD card |
| 315 | Senate Wing Door CCTV During 1st Breach/clearing out | | | USCP | CCTV |
| 316 | UWT CCTV Parliamentarian Door Breach | | | USCP Nogueiras | CCTV |
| 317 | Clip_C0076.MP4 Parliamentarian Door breach | | | Nogueiras | Def. camera SD card |
| 318 | CCTV inside view Parliamentarian Door Breach | | | USCP | Brandon Fellows TikTok obtained through open source of D. TikTok page |
| 319 | Senate Wing Door/Holding line and 2nd Breach CCTV 4:00 | | | USCP | CCTV |
| 320 | Screenshot of cell phone C0081.MP4 2:59 pm | | | Nogueiras | Def. camera SD card |
| 321 | Clip_C0081.MP4 Enters | | | Nogueiras | Def. camera SD card |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Notes |
|---|---|---|---|---|---|
| 322 | Senate Wing Door CCTV Enters Window | | | Nogueiras | CCTV |
| 323 | Clip_C0082.MP4 Sen Merkley's office | | | Nogueiras | Def. camera SD card |
| 324 | Clip_C0083.MP4 Hallway to Crypt | | | Nogueiras | Def. camera SD card |
| 325 | Crypt North CCTV Inside Crypt | | | USCP Nogueiras | CCTV |
| 326 | Clip_Crypt_Face_ 04a782ce4d0d75cb1e789066ddc 88a.mp4-.mp4 | | | Nogueiras | HQ FB SW 1/11/21 |
| 327 | VP Webster Relocation | | | Hawa | CCTV |
| 328 | Clip_Crypt_04a782ce4d0d75cb1 e789066ddc88a.mp4-.mp4 | | | Nogueiras | HQ FB SW 1/11/21 |
| 329 | Senate Wing Door CCTV Exits Window | | | Nogueiras | CCTV |
| 330 | C0086.MP4 Outside on UWT | | | Nogueiras | Def. camera SD card |
| 331 | Trim.A7F6C062-5580-48DC- AF28-E0EBD915B2CB.MOV | | | Nogueiras | Def. iPhone |
| 332 | Clip_in the dark_TXUGC_54D88FF1-0F95- 4B22-A145-C3F19EFF990E.mp4 | | | Nogueiras | Def. iPhone |
| 333 | C0072 Climbing walls | | | Nogueiras | Def. Camera SD |
| 334 | C0077 "Tell our Kids" | | | Nogueiras | Def. Camera SD |
| 335 | Clip - Online Interview with New American | | | Nogueiras | Open source online |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Notes |
|---|---|---|---|---|---|
| 336 | Timeline | | | | |
| 337 | Expanded Timeline | | | | |
| | **400-499 Series: Instagram/Facebook** | | | | |
| 400 | FB Post Had a good time | | | Nogueiras | HQ FB SW 1/11/21 |
| 401 | FB Post received About certification | | | Nogueiras | HQ FB SW 1/11/21 |
| 402 | Instagram - Public Post – Inside the Capitol-DC | | | Nogueiras | HQ FB SW 1/11/21 |
| 403 | Facebook live/Jessecha Rivera Jan. 7, 2022 – Part 1 | | | Chan | Open source online |
| 404 | FB Affidavit x6485(PNS) | | | Nogueiras | PNS FB SW 1/20/21 |
| 405 | FB Affidavit x3469 (HQ) | | | Nogueiras | HQ FB SW 1/11/21 |
| 406 | FB post – raise money for DC | | | Noguieras | PNS FB SW 1/20/21 |