**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**WASHINGTON, DC**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:21-C00060-CKK |
| | § | |
| JESUS D. RIVERA | § | |

**DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant, through Counsel, and waives his personal appearance at the time the verdict is returned and consents to receiving the verdict and written findings by posting to the docket as well as by appearance in a zoom hearing.

Very respectfully,

*/S/ Guy L. Womack*

Guy L. Womack
Counsel for Defendant
Texas Bar No. 00788928
609 Heights Blvd.
Houston, Texas   77007
Tel:  (713) 224-8815
Fax:  (713) 224-8812
Guy.Womack@USA.net

CERTIFICATE OF SERVICE

A copy of the foregoing was delivered via CM/ECF to the U. S. Attorney's Office on this 17th day of June, 2022.

*/S/ Guy L. Womack*
Guy L. Womack