# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>JESUS D. RIVERA,<br><br>   Defendant. | Criminal Action No. 21-060 (CKK) |

**ORDER**
(June 17, 2022)

For the reasons discussed in the [62] Findings of Fact and Conclusions of Law, it is hereby

**ORDERED**, that Defendant's oral Rule 29 motion for judgment of acquittal is **DENIED**.

**SO ORDERED**.

Dated: June 17, 2022

                                                                /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge