Dear Honorable District Judge Colleen Kollar-Kotelly,

My Name is Mark Savage, I am the Student Ministry Pastor at Jubilee Church, Pensacola.

Jesus Rivera is a good friend of mine and have known him on a personal level for 5 years now. Jesus has volunteered with me many times in Student Ministries and has always shown a loving, loyal and profession level to any area he's been assigned.

I am aware of the charges he was convicted of but I truly believe based on the character I know of him was a lapse in judgement on his part. I honestly believe Jesus regrets his actions and has learned a lot from this mistake.

Jesus Rivera is a dedicated family man, loves his wife and children and brings them up very well with his church family. I ask If you can take these things into consideration during his sentencing.

Blessings

Pastor Mark Savage
Jubilee Church
Pensacola, FL

Case #1:21-cr-60

To the Honorable District Judge Colleen Kollar-Kotelly:

My name is Austin Valliant, a 30 year-old husband and father of two, Center Director of LearningRx of Pensacola, and part-time high school youth pastor. I have known Jesus "JD" Rivera since September of 2017. In that short time, JD and I have grown very close and I consider him one of my best friends. He is one of the few people that I know I can call on in times of need, because I have done so many times. I am aware of JD's criminal conviction and respect the courts need to convict those involved in the January 6th incident. I also know that JD is a man of good character. He loves God, his family, his country, and would not do anything to jeopardize the well-being of his country or his family's future. JD has the utmost respect for the democratic process of our great country, and cares more for the future of the United States than for any single politician, political party or ideology. JD is not a two-dimensional TikTok persona, but a dedicated husband, loving father, loyal friend, and a man who recognizes his imperfections and works through them to grow in Godly character. Thank you for your time with this letter and your consideration in this matter.

Sincerely,

*Austin Valliant*

Austin Valliant, BCCS
Center Director
LearningRx of Pensacola
O: (850) 466-4999
C: (850) 405-7170
E: avalliant@learningrx.net

"The Honorable District Judge Colleen Kollar-Kotelly"

Case #1:21-cr-60

My name is Rebekah A. Rigby. I am part of the Administrative Assistant staff of Jubilee Church in Pensacola, Florida.

I am writing this letter to let you know the kind of man that I know Jesus (JD) Rivera is, and the asset he is to his church and the community of Pensacola, Florida.

I am fully aware that he was convicted of the charges in his case #1:21-cr-60.

I have known Jesus (JD) Rivera since he started coming to Jubilee Church in April 2017. He is married to one of my former students that graduated from Jubilee Christian Academy.

JD is a hard worker at the church. From the time he started attending, he has been active in our sound/video department. During the Covid-19 epidemic he was part of a team instrumental in keeping services streaming to our members and church friends. Through his experience in video, he improved the quality of the live streaming of services. Not only that, but he's been part of our church outreaches of helping to give away food during the pandemic several times and the food give aways were not just Oone time thing. We have given away thousands of pounds of food two or three times a year and he has been part of everyone. For two years he has been part of our back packs give aways for school children filled with school supplies, and even help set up free haircuts to children before school started just to help parents with the added expense of a new school year starting.

His time is not just spent at church working. He does not forget that he is a dad and has a family. He takes the time to have fun with them and make sure they feel loved and are not on the back burner. I have seen them many times clowning around, laughing and having fun.

Rebekah A. Rigby
2299 Scenic Hwy. B-3    9/28/2022
Pensacola, FL 32503

Deborah G. Stanquist
1925 Dunlap Street
Pensacola, Fl 32507
850-380-5376
dstanquist@gmail.com

10/3/22

Re: JD Rivera, Case Number 1:21-cr-60

Honorable Judge Colleen Kollar-Kotelly:

I am writing this letter to express to you the man I know as JD Rivera. I met the Rivera Family when I taught their oldest son in Kindergarten over 5 years ago. I also know JD from being a member of Jubilee Church. I have been a Classroom Teacher at Jubilee Christian Academy for over 15 years and am presently a Title I Teacher here at JCA for the last 4 years. I understand that JD was convicted of charges in his case.

I would like to share my personal opinion of JD. He is a good father because he actively participates in his children's lives and education. His children have always done well in school, mainly because they are well prepared for daily work and tests. As a fellow church member, I have seen him participate in the many community outreaches such as food drives and back to school supply giveaways. For the past couple of years, JD has organized free haircuts for students returning to school for the new year. He personally recruited barbers and hairdressers for this outreach. Also, JD is very involved helping with the work of the church and the school. I have seen him do a variety of tasks, such as working in the cafeteria, driving the bus, setting up for events, and technology set ups, to name a few. He has personally helped me with technology issues.

Thank you for taking the time to read this letter.

Sincerely,

Deborah G. Stanquist

"The Honorable District Judge Colleen Kollar-Kotelly"

Case #1:21-cr-60

My name is Carolyn Singleton. I have been in Christian Ministry for over 60 years and am presently the Pastor for Seniors and do counseling at Jubilee Church, 5910 N. "W" St., Pensacola, Fl.

I am fully aware that Jesus was convicted of the charges in his case #1:21-cr-60.

I have known Jesus for 5-6 years. Jesus has faithfully attended Jubilee Church since I have known him. He has been involved and very committed in many aspects of working in the church and does excellent work whatever position he serves.

Jesus is also an awesome husband and father of four children. I admire the love I have seen him exemplify to his family. He spends time in providing for them, their education, recreation and most of all to experience Christ.

In my opinion, his life since I have known him has been above reproach. Others could follow his example and do well. I would stand by him and support him as a christian man of honor, excellent character, hardworking and honest in all things.

I would highly recommend that all charges be dropped if possible. His life since I have known him and prior to that holds no dishonor. Thank you for considering this letter in his behalf.

Respectfully,

*Carolyn Singleton*

Carolyn Singleton, Associate Pastor

1