## CERTIFICATE OF SERVICE

On this 26th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>*/s/ Carolina Nevin*
>CAROLINA NEVIN
>Assistant United States Attorney