UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: . 21-CR-60 |
| JESUS D. RIVERA , : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Carolina Nevin, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Carolina Nevin*

CAROLINA NEVIN
NY Bar No. 5226121
Assistant United States Attorney
601 D Street, NW
Washington, DC 20001
(202) 803-1612
carolina.nevin@usdoj.gov