**CERTIFICATE OF SERVICE**

On this 26th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
