**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA     §
                                 §
      v.                       §       CRIMINAL NO. 1:21-CR-00060-CKK
                                 §
JESUS D. RIVERA             §

**DEFENDANT'S NOTICE OF APPEAL**

TO THE HONORABLE CHIEF UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant, through Counsel, and announces his intent to appeal his conviction, the adverse ruling on his motions *In Limine* and for a judgment of acquittal, and sentence.

Very respectfully,

Guy L. Womack
Texas Bar No. 00788928
609 Heights Blvd.
Houston, Texas  77007
Tel:  (713) 224-8815
Fax: (713) 224-8812
Guy.Womack@USA.net

Jesus Rivera

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Government Counsel via CM/ECF, on this 8th day of November, 2022.

Guy L. Womack