## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      §
     §
    v.      §      CRIMINAL NO. 1:21-CR-00060-CKK
     §
JESUS D. RIVERA      §
     §

## DEFENDANT'S MOTION TO PROCEED
## *IN FORMA PAUPERIS* AND FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant, through Counsel, and files this motion to proceed *In Forma Pauperis* and for appointment of counsel.

Defendant is indigent and wishes to proceed *in forma pauperis* and requests that This Honorable Court appoint Counsel to represent him under the Criminal Justice Act.

Lastly, Defendant requests that This Honorable Court appoint Appellate Counsel other than his Trial Defense Counsel to represent him on appeal.

WHEREFORE, premises considered, the Defendant very respectfully requests that This Honorable Court grant this motion.

Very respectfully,

Guy L. Womack
Texas Bar No. 00788928
609 Heights Blvd.
Houston, Texas   77007
Tel:   (713) 224-8815
Fax:  (713) 224-8812
Guy.Womack@USA.net

Jesus Rivera

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Government Counsel via CM/ECF, on this ____8th____ day of November, 2022.

Guy L. Womack