**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**WASHINGTON, DC**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:21-C00060-CKK |
| | § | |
| JESUS D. RIVERA | § | |

### ORDER

THIS COURT, having considered Defendant's Motion to Proceed *In Forma Pauperis*

and for Appointment of Counsel and applicable case law, finds and it is ordered that Defendant's

motion is hereby **GRANTED    DENIED**.

IT IS SO ORDERED this _____ day of _____, 2022.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE