CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify Below)
IN THE CASE OF
Jesus D. Rivera v. USA
FOR
AT
LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Jesus D. Rivera

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE (Describe if applicable & check box→)  ☐ Felony  ☒ Misdemeanor
unlawful presence in U.S. Capitol

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☒ Yes  ☐ No
IF YES, how much do you earn per month? $1400.00
Will you still have a job after this arrest? ☐ Yes  ☒ No  ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ 33,928.00 | → |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☒ Yes  ☐ No
IF YES, give the total approximate amount after monthly expenses $

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 7

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 500 | $ |
| Groceries | $ 500 | $ |
| Medical expenses | $ | $ |
| Utilities | $ 430 | $ |
| Credit cards | $ 05 | $ 3530 |
| Car/Truck/Vehicle | $ 600 | $ 33,928 |
| Childcare | $ | $ |
| Child support | $ 502.00 | $ |
| Insurance | $ 119.76 | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date: 11-4-22