DECLARATION OF JESUS RIVERA

My name is Jesus Rivera and I am the defendant in the above-captioned matter.  I write this declaration under penalty of perjury.  The following facts are true and within my personal knowledge.  I am older than 18 years of age.

1. During the summer of 2020 I launched a media company named We the People 1776, LLC.  The company became legal as an LLC on Sept 10, 2020.
2. My company was a conservative news and interview operation.
3. I purchased equipment, including cameras and transmitters, and my company went on the road attending Trump rallies and interviewing hundreds of conservatives and Trump supporters.
4. We worked at least four or five major Trump rallies leading up to the November election, including rallies in Colorado Springs, and rallies in Tennessee and Florida.
5. My viewership shot up rapidly and I had 20,000 Instagram followers, 10,000 Facebook followers, and 60,000 Tiktok followers.
6. During my activities on Jan. 6, I was actively interviewing people, including people inside the Capitol.  I also narrated my video inside the Capitol for news subscribers.
7. After January 6, Facebook and Instagram suspended our media accounts.  Tiktok continued hosting our account, however, and we are now up to 111,000 followers.
8. My We the People 1776 company had tables at the rallies selling merchandise including t-shirts and hats
9. My company was invited to join Freedom Tour, the large Trump rally organizing company.  They sponsored us, and we had a large, wrapped RV bus, with several other sponsors including "Todays America."
10. At these events I interviewed hundreds of attendees, and celebrities like country music star Coffey Anderson, singer Joy Villa, Anthony Cabassa (journalist), rapper Forgioto Blow, Ricky Taylor, conservative influencer, Elisa Martines, political activist, Cordie Williams, and David J. Harris
11. Our tables at the events were very popular.
12. In December 2020 I was interviewed by local Mobile, AL CBS affiliate WKRG.
13. Later I received a phone call from WKRG news director Christopher Best on Jan. 7, 2021, who said WKRG wanted me to be part of their news and feature team.
14. However I was criminally charged on Inauguration Day, Jan. 20, 2021.
15. I retained attorney Guy Womack of Houston, Texas in February 2021.
16. Womack mentioned the possibility of filing a motion to change venue, but did not mention other defenses or strategies.
17. After numerous status hearings, we went to trial in the fall of 2022.
18. I was convicted on all counts after a one-day trial.
19. Guy Womack put on no witnesses, and did not call me to the stand.

20. Guy Womack did not develop any first amendment arguments or arguments relating to my credentials on Jan. 6 as a news media journalist.
21. Guy Womack never filed any motions to dismiss on any grounds, as far as I know.
22. At my trial, the government introduced a Facebook post I had never seen, in which I was merely "tagged" by someone else I didn't know.  The post contained a statement supporting a "coup."
23.  Guy Womack did not object.
24. I did not take the stand.
25. At sentencing, Guy Womack did not object to additional memes and social media posts presented by the government.
26. At sentencing, the government introduced an Instagram meme, depicting Capitol officers and Rep. Kinzinger crying, which became a central point.  Guy Womack did not object.
27. The Probation Office had indicated my Guideline range expectation was around two months in jail.  However, I was sentenced to eight months in jail, mostly due to the humorous social media memes, which I did not create and merely shared.
28. The Court punished me for the memes, stating they showed a lack of remorse.

   I declare under penalty of perjury that the foregoing is true and correct.


Executed on December 15th 2022

/s/  *Jesus Rivera*
Jesus Rivera




CERTIFICATE OF SERVICE

I hereby certify that, on December 15th, 2022, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.



/s/ Jesus Rivera

Jesus Rivera