# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CRIMINAL DOCKETING STATEMENT**
(To be completed by appellant)

1. Appellate Case Number: 22-3088      1a. Criminal Action Number: 1:21-cr-00060-CKK
2. Case Name: United States of America v. Jesus D. Rivera
3. Appellant's Name: Jesus D. Rivera
    3a. Appellant's Defendant No.: 1      3b. Appellant's Fed. Reg/PDID No.: _____
4. Date of conviction: 6/22/2022      4a. Date of sentence: 11/03/2022
5. Name of District Court Judge: Judge Colleen Kollar-Kotelly
6. Date of Notice of Appeal Filed: 11/08/2022
7. Offense(s) of conviction: 18 U.S.C. 1752(a)(1), (2); 40 U.S.C. 5104(e)(2)(D), (G)
8. Did appellant plead guilty?   ☐ Yes   ☒ No
9. What sentence was imposed? 8 months incarceration, one year supervised release, $500 restitution
10. How much of the sentence has appellant served? None
11. Is appellant challenging the conviction?   ☒ Yes   ☐ No
12. Is appellant challenging the sentence?   ☒ Yes   ☐ No
13. Has appellant filed a post-conviction motion?   ☐ Yes   ☒ No
    If yes, what motion, date filed, and disposition: _____
14. Is appellant incarcerated?   ☐ Yes   ☒ No
    If yes, where: _____
    If no, address: 5110 W Fairfield Drive Pensacola, FL 32506    Phone ( 850 ) 485-0593
15. Has appellant moved for release pending appeal in District Court?   ☒ Yes   ☐ No
    If yes, date filed: 12/02/2022   Disposition: Denied
    If no, does defendant intend to file such a motion in the District Court?   ☒ Yes   ☐ No
16. Will appellant file a motion for release pending appeal in court of appeals?   ☒ Yes   ☐ No
17. Did appellant have court-appointed counsel in District Court?   ☐ Yes   ☒ No
18. Does counsel appointed in District Court wish to continue on appeal?   ☐ Yes   ☒ No
19. Did defendant have retained counsel in district court?   ☒ Yes   ☐ No
    If yes, will case proceed on appeal with retained counsel?   ☒ Yes   ☐ No
    If no, will appellant seek appointment of counsel on appeal?   ☐ Yes   ☐ No
    If no, has a motion to proceed in forma pauperis been filed?   ☐ Yes   ☐ No
20. Has counsel ordered transcripts?   ☒ Yes   ☐ No
21. If yes, from what proceedings: Bench Trial
22. If yes, when will transcripts be completed? 06/27/2022
23. Did counsel seek expedited preparation of sentencing transcripts?   ☐ Yes   ☒ No

Signature: /s/ John M. Pierce      Date: 12/27/2022
Name of Party: Jesus D. Rivera
Firm Address: 21550 Oxnard Street 3rd Floor, PMB 172, Woodland Hills, CA 91367
Phone ( 213 ) 279-7846      Fax ( ) _____

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)