# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Jesus D. Rivera

**Case No:** 22-3088

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Jesus D. Rivera

### Counsel Information

**Lead Counsel:** John M. Pierce

**Direct Phone:** (213) 279-7846  **Fax:** ( )  **Email:** jpierce@johnpiercelaw.com

**2nd Counsel:**

**Direct Phone:** ( )  **Fax:** ( )  **Email:**

**3rd Counsel:**

**Direct Phone:** ( )  **Fax:** ( )  **Email:**

**Firm Name:** John Pierce Law, P.C.

**Firm Address:** 21550 Oxnard Street 3rd Floor, PMB 172, Woodland Hills, CA 91367

**Firm Phone:** (213) 279-7846  **Fax:** ( )  **Email:** jpierce@johnpiercelaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)