UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Action |
| | ) No. 21-060 |
| vs. | ) |
| | ) November 3, 2022 |
| JESUS D. RIVERA, | ) 11:05 a.m. |
| Defendant. | ) Washington, D.C. |

* * * * * * * * * * * * * * *

**TRANSCRIPT OF SENTENCING**
**BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY,**
**UNITED STATES DISTRICT COURT JUDGE**
*(Parties appearing via videoconference and/or telephonically.)*

**APPEARANCES:**
FOR THE UNITED STATES:
                    BARRY KENT DISNEY, I
                    DOJ-CRM
                    1331 F Street NW
                    Washington, DC 20005
                    (202) 305-4367
                    Email: barry.disney@usdoj.gov

                    MONA FURST
                    DOJ-USAO
                    Office of the United States Attorney
                    301 North Main
                    Wichita, KS 67052
                    (316) 269-6481
                    Email: mona.furst@usdoj.gov

FOR THE DEFENDANT:  GUY WOMACK
                    609 Heights Boulevard
                    Houston, TX 77007
                    (713) 224-8815
                    Email: guy.womack@usa.net

ALSO PRESENT:       AMI LANDON, U.S. Probation
Court Reporter:     Elizabeth Saint-Loth, RPR, FCRR
                    Official Court Reporter

This hearing was held via videoconference and/or
telephonically and is, therefore, subject to the limitations
associated with audio difficulties while using technology,
i.e., overlapping speakers, static interference, etc.

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

1                    **P R O C E E D I N G S**

2              THE COURTROOM DEPUTY:  Criminal Case 21-060,

3    United States versus Jesus Rivera.

4              Counsel, would you please identify yourselves for

5    the record, starting with the government.

6              MR. DISNEY:  Your Honor, the government appears by

7    Barry Disney and Mona Furst.

8              THE COURT:  Good morning.

9              MR. DISNEY:  Good morning, Your Honor.

10             MR. WOMACK:  Good morning, Your Honor.

11   Guy Womack for Mr. Rivera.

12             THE COURT:  All right.  Good morning.

13             And I see Mr. Rivera.  Good morning, Mr. Rivera.

14             THE DEFENDANT:  Good morning, Your Honor.

15             THE COURT:  Ami Landon is our probation officer.

16             THE PROBATION OFFICER:  Good morning.

17             THE COURT:  Good morning.

18             We have two special agents but they're not going

19   to be speaking so I won't bother indicating who they are.

20             All right.  We're here for a sentencing.  So let

21   me begin.  There was a nonjury verdict of guilty on all four

22   counts for Mr. Rivera.

23             Count 1 was entering or remaining in a restricted

24   building or grounds, which has a maximum statutory penalty

25   of 1 year in jail, a maximum of $100,000 fine.

1          Count 2 is disorderly and disruptive conduct in a

2    restricted building or grounds.  That also has a statutory

3    maximum of 1 year in jail, and a fine of $100,000.

4          Count 3 is violent entry and disorderly conduct in

5    a Capitol Building.  That has a statutory maximum of 6

6    months in jail, and a $5,000 maximum fine.

7          And Count 4 parading, demonstrating, and picketing

8    in a Capitol Building, which has a statutory maximum of 6

9    months in jail, and a maximum fine of 5,000.

10          I have a pretrial report.  Mr. Rivera is

11    compliant.  I have a presentence report dated October 26,

12    2022; a government's memorandum in aid of sentencing, and

13    also what was provided a statistical report regarding

14    sentences of January 6th defendants by the judges on this

15    court.  Defendant's sentencing memorandum with -- attached

16    to the memo and, then, separately were 18 letters from

17    supporters for Mr. Rivera.

18          In terms of objections, they appear to be resolved.

19          In the memorandum in aid of sentencing, the

20    government raised a question about the advisory sentencing

21    guideline calculations as it related to Counts 1 and 2.  At

22    my request, I asked probation to revisit the calculation.

23    They agreed that it needed to be changed, and revised the

24    presentence report; hence, the October 26, 2022, report.

25          The defendant has not raised an objection to the

1    new calculations as reflected in that report.  So I am

2    assuming they are all resolved at this point.

3            Is that correct, Mr. Womack?

4            MR. WOMACK:  Yes, Your Honor.

5            THE COURT:  All right.  Since the presentence

6    report is undisputed, I am accepting all portions of this

7    undisputed presentence report as findings of fact under

8    Federal Rule of Criminal Procedure 32(i)(3)(A).

9            The advisory sentencing guidelines apply to Counts

10   1 and 2.  And Counts 3 and 4 of the sentencing guidelines do

11   not apply.  He is in Criminal History Category 1 for those

12   that -- where the sentencing guidelines do apply.

13           So let me indicate the calculation.  As I

14   understand it, the offense level is 10 on Counts 1 and 2,

15   Criminal History 1.  So on Counts 1 and 2, the custody would

16   be 6 to 12 months, supervised release would be a maximum of

17   a year, probation would be 1 to 5 years -- these are all in

18   Counts 1 and 2 -- 1,000 to 9,500.  Restitution is $500.  The

19   special assessment as to Counts 1 and 2 is $25.

20           Counts 3 and 4, the special assessment is 10.

21           As to Counts 1 and 2 -- I mean, as to Counts 3 and

22   4, excuse me, we would just look at the statutory maximums,

23   which would be the 6 months in jail; a fine, maximum of

24   5,000; 5 years maximum probation.  And as I said, the

25   advisory sentencing guidelines do not apply; and there is no

1        supervised release.

2                So at this point I would like to hear from the

3        government, then defense counsel, and the defendant -- if he

4        wishes to address the Court.

5                I do have a question that I would like to just

6        raise at this point with defense counsel.  In your

7        memorandum in aid of sentencing, you included a statement by

8        the defendant to the Capitol Police.  As far as I know, that

9        statement is not in evidence.  I have gone through carefully

10       the -- looking, you know, at all of the videos, which is

11       what we have basically for the most part.  There was no

12       testimony, and I didn't see any videos that included that

13       statement.  If we don't have it in evidence then I am not

14       going to be able to consider it.

15               Mr. Womack, is there anyplace where you thought

16       you saw that?

17               MR. WOMACK:  Yes, Your Honor.  I believe one of

18       the special agents who interviewed Mr. Rivera made that

19       comment, if I am not mistaken.  The government would

20       remember as well as I do.

21               THE COURT:  Is that in evidence, Government, in

22       the 302 or the interview?

23               MR. WOMACK:  I believe it was during

24       cross-examination, Your Honor.

25               THE COURT:  I'm sorry.

1          MR. WOMACK:  I believe it was during

2     cross-examination.

3          THE COURT:  All right.  Of which agent?

4          MR. WOMACK:  The one who did the interview of

5     Mr. Rivera.  I don't recall his name.

6          THE COURT:  All right.  Do either one of you

7     remember that, Government?

8          MS. FURST:  Your Honor, this is Mona Furst.

9          I recall that Mr. Nogueiras -- Agent Nogueiras is

10    the one that, I believe, interviewed Mr. Rivera; and I

11    believe Mr. Rivera said these things happened.  So it was in

12    his exculpatory statement.

13         THE COURT:  What I am trying to get at is, did the

14    agent say that that happened?

15         MR. DISNEY:  Your Honor, I will tell you that we

16    deliberately stayed away from the defendant's statement at

17    trial because we didn't want to introduce that.  So I don't

18    believe that -- this is my recollection.  I don't believe

19    that we solicited from the agents during their testimony

20    what Mr. Rivera said to them.

21         THE COURT:  Okay.  Mr. Womack, is your

22    recollection -- just to be accurate about this, is your

23    recollection that the agent repeated what Mr. Rivera

24    allegedly said?  The agent obviously was not -- wasn't there

25    and wouldn't know, you know, whether it was said or not.

1          MR. WOMACK:  That's correct, Your Honor.

2          It would have been the agent stating what

3    Mr. Rivera said to him during the interview.  My

4    recollection is I asked him that, and I wanted that pointed

5    out.  I know I argued that point as well.  But in any

6    event -- I think it's a small matter, but I think it was

7    important.

8          THE COURT:  Okay.  As I said, it's not something

9    that is going to change ultimately.  I just want to make

10   sure in terms of it being accurate.  So it would have been

11   the special agent who would have repeated what the defendant

12   had said to him?

13         MR. WOMACK:  Yes, Your Honor.

14         THE COURT:  Okay.  The other question that I had

15   was in the -- I brought this up with probation because there

16   is no mention in the presentence report or other materials

17   that I have other than your memorandum in aid of sentencing

18   about Mr. Rivera's deployment to Iraq in 2004 and 2005.

19         You did not bring up -- you know, when there is an

20   opportunity to say additions or corrections, or whatever, to

21   be able to say something about it.  Because, evidently,

22   according to probation, the V.A. records, one, don't seem to

23   mention any head injuries.  There is a mention that was

24   brought up that he spent a year in Okinawa from, I think, an

25   earlier period, and in 2004, 2005 he's listed as being in

1    San Diego.

2             So I was curious as to why there was a particular

3    reason why Mr. Rivera, when he was asked some questions --

4    and, obviously, they were very tailored questions as far as

5    background -- didn't bring it up.  Is there a particular

6    reason why you didn't?

7             MR. WOMACK:  Your Honor, I believe -- I got that

8    from Mr. Rivera.  We can certainly ask him right now.

9             THE COURT:  Well, I don't want to put it in in

10   terms of testimony.  I am just curious about what --

11            MR. WOMACK:  For the record, they had PTSD.  And

12   the PTSD was caused by the closed-head injury from these

13   explosions.

14            THE COURT:  The PTSD is clearly set out, so I

15   don't have any problem with that.

16            What I am trying to do is -- this doesn't change

17   the factors to consider, but it is always helpful.  And the

18   goal always is to have presentence reports to be as accurate

19   as possible.

20            So if -- and Ms. Landon is on as far as I know.

21            It talked about back, knee, definitely PTSD,

22   depression, and anxiety.  It didn't say anything about a

23   head injury.  She did get some V.A. records.  And I was just

24   surprised that Mr. Rivera didn't bring it up or somebody

25   didn't bring it up so that it would be included.  The

1    materials, evidently, that Ms. Landon received from the V.A.

2    and also his military materials that, you know, they send

3    us, what we had sort of -- but their records don't say

4    anything about it.

5         I was just curious because it's helpful to have

6    obviously as accurate -- I don't want to ask him something;

7    that's not fair, in terms of doing it.  But I was just

8    curious to -- if you got it from Mr. Rivera, I am not

9    questioning that.  But I am just curious as to why you

10   didn't bring it up with Ms. Landon so that it would be

11   included in the materials.

12        MR. WOMACK:  Your Honor, it should have been in

13   his personal records that were received.  In the Marine

14   Corps record book, it's called -- on page 3, Chronological

15   Record of Service; and it would have shown his deployment to

16   Iraq.  Perhaps they didn't see it, and we didn't point it

17   out.

18        THE COURT:  Ms. Landon, do you have that?  I mean,

19   do you have that listing?

20        THE PROBATION OFFICER:  I don't, Your Honor.

21        THE COURT:  Okay.  So what did they send you?

22        THE PROBATION OFFICER:  I am reviewing that right

23   now.

24        MR. WOMACK:  It's at page 3, Chronological Record

25   of Service.

1          THE PROBATION OFFICER:  I don't have the document

2     that you are referring to.  I don't have a chronological

3     record of service.

4          THE COURT:  What do you have?

5          THE PROBATION OFFICER:  I have the DD214, which is

6     the Certificate of Release or Discharge From Active Duty.

7     And I have --

8          MR. WOMACK:  You should also --

9          THE PROBATION OFFICER:  I'm sorry.

10         THE COURT:  Go ahead, Ms. Landon.

11         THE PROBATION OFFICER:  Yes.  So I have the DD214.

12    And then I have the letter from the Department of Veterans

13    Affairs that's dated April 25th of 2022.  And that's in

14    reference to the V.A. benefit information where I believe

15    it's quoted in the presentencing that:  You have one or more

16    service-connected disabilities, yes.  Your combined service

17    connected evaluation is 90 percent; the monthly award; the

18    effective date of the last change to your current award.

19    You are considered to be totally and permanently disabled

20    due solely to your service-connected disabilities.

21         So it just doesn't say anything about what those

22    disabilities obviously are or where served, or anything like

23    that.

24         MR. WOMACK:  The DD214 should show that.  It

25    should show his deployment.

1          THE COURT:  Does it have anything chronologically?

2          I also am surprised, frankly, that -- I wish

3     Mr. Rivera, when he discussed, you know, what he was doing,

4     that he would have brought it up as well.  I mean, it's just

5     a matter of having a complete record, frankly, for the

6     presentence.  It's not something that's filed with the

7     sentencing.

8          THE PROBATION OFFICER:  Your Honor, I am looking

9     at the DD214; and I have read and reread this.  Unless I am

10    just not seeing it, it doesn't say anywhere about any

11    stations except for his last duty assignment and major

12    command, which is the Marine Corps Recruiting Station in

13    Montgomery, Alabama.  It doesn't --

14         THE COURT:  What -- my suggestion would be the

15    following -- it doesn't change going forward with the

16    sentencing.  If you have that document, Mr. Womack --

17         Do you have it?

18         MR. WOMACK:  No, Your Honor.  I don't have his

19    records.

20         THE COURT:  The document -- not the document she's

21    talking about; the document you are talking about where it

22    says -- lists -- the page 3 that you are referring to, do

23    you have that document?

24         MR. WOMACK:  I don't, Your Honor.

25         THE COURT:  How do you know it's there, then?

1          MR. WOMACK:  No -- but I am a retired officer of

2     the Marines.

3          THE COURT:  Oh, okay.  So you would know if --

4          MR. WOMACK:  It's on page 3 of the service record

5     book, and I rely on what Mr. Rivera told me.

6          THE COURT:  Okay.  Maybe what we can do is in

7     order to -- there is no reason not to proceed; but I just

8     think that it's useful to have accurate records, frankly,

9     going forward.

10          My suggestion is that -- what's it called again,

11     Mr. Womack?

12          MR. WOMACK:  It's at page 3 --

13          THE COURT:  No, no.  What's the full document

14     called?

15          MR. WOMACK:  It's called the Chronological Record

16     of Service.

17          THE COURT:  Okay.  Perhaps we can ask for -- from

18     the Marine Corps for that document, and we can do a later

19     amendment to add whatever they have in there.  I don't have

20     a problem with that.  As I said, it's more of a matter of

21     accuracy.  I don't think it changes the, you know,

22     sentencing factors; I can certainly consider that, along

23     with the rest of the information we have.  I just think it's

24     useful to have these things -- these documents be as

25     accurate as possible.

1          MR. WOMACK:  Thank you, Your Honor.

2          THE COURT:  So what I would do is just simply --

3     Ms. Landon, if you can make a request and see whether --

4     what they have.  Is that possible from your end?

5          THE PROBATION OFFICER:  I will try, Your Honor.

6     Military records, they're really hard to come by.  I will

7     send the request; that's all I can do.

8          THE COURT:  All right.  Well, if you would send

9     it, I'd appreciate it.  And then we'll -- it can be added at

10    a later point if it shows up.

11         Okay.  So let me get back.  I just raised those

12    questions because I noticed it in the -- in the memorandum

13    in aid of sentencing, but I was having trouble finding all

14    of this stuff in the presentence report itself.

15         Let's move to allocution at this point.  Let me

16    hear from the government.

17         Who is Cara Rhone who is appearing?  R-H-O-N-E.

18    It says supervisor --

19         THE COURTROOM DEPUTY:  It's the supervisor for --

20         MS. RHONE:  Your Honor, I am the supervisory

21    senior resident agent for the FBI here in Pensacola.

22         THE COURT:  Okay.  Fine.  When we have different

23    people on here, I always just like to know who they are.

24         MS. RHONE:  Yes, ma'am.

25         THE COURT:  All right.  Government, you may

1    proceed with your allocution.

2              MR. DISNEY:  Thank you, Your Honor.

3              The government is asking that you sentence

4    Mr. Rivera to 9 months' incarceration, 12 months of

5    supervised release, and $500 in restitution.

6              I don't want to go through and repeat everything

7    we said in our sentencing memo; and, of course, you heard

8    the trial, so you know the evidence as well as we do at this

9    point.

10             But I will point out that the government -- you

11   know, there are two things.  One is the guideline, which is

12   an approximation of what the appropriate sentence should be;

13   and it is, I think, what the Court should look at for

14   sentence consistency and fairness.  In this case, the

15   guideline sentence is anywhere from 6 to 12 months, and

16   that's for the 1752(a)(2) violation and 1752(a)(1).

17             Our request for a 9-month sentence is in the very

18   middle of that guideline.  We didn't ask for the maximum;

19   but we think this case deserves more than the minimum of 6

20   months.

21             What I would like to focus on is the specific

22   deterrents, what is a sentence that will serve to deter the

23   defendant from committing another similar offense.

24             I will point out the government's position is that

25   Mr. Rivera already believes that his actions do not amount

1    to a crime, or that they were insignificant.  I point to the

2    fact that, after he committed the crimes, he said he had a

3    great time.  He told -- he said that others who did not take

4    similar actions were weak.

5         And I think one of the more significant things is,

6    after all of this had happened and after he had had some

7    time to reflect on what he did, he made fun of the suffering

8    that some of the victims of the crimes happened.

9         As you can see in our sentencing memo, we put a

10   post that he made on March 19th of 2022, which is a meme

11   making fun of officers who during their testimony cried.

12   You know, that's a -- someone who commits a crime and then

13   mocks the victim of that crime, that is a significant thing

14   that I think the Court needs to look at.

15        Mr. Rivera has shown no remorse.  In fact, as

16   shown by that meme, it's just the opposite.  I went back and

17   read this Court's sentencing transcripts; I have read other

18   sentencing transcripts.  And I think all the courts agree

19   that this January 6 riot was a significant crime.

20        And what we're asking this Court to do is to

21   impose a sentence that sends a message to Jesus Rivera that

22   his crime was significant; that he was a participant in a

23   crime that hurt other people, and that he was a participant

24   in a crime that hurt our nation.  Your Honor, if we give him

25   a short sentence, that is going to reinforce his belief that

1    what he did was insignificant, and it's going to increase

2    the likelihood that he is going to commit another offense in

3    the future.

4           A 9-month sentence, in the grand scheme of things,

5    isn't that long -- of course, I am not the one serving it; I

6    understand that.  But 9 months does have some bite to it,

7    and it is a sentence that matches the crime.

8           I won't go into it too much, but never again can

9    we, as Americans, say that we have always had a peaceful

10   transfer of power; I mean, that's partly Mr. Rivera's fault.

11   We can't point to American democracy as being the shining

12   example on the Hill, and that is also Mr. Rivera's fault.

13          So we're asking the Court to impose a significant

14   sentence specifically because it will serve specific

15   deterrence for Mr. Rivera.  Thank you.

16          THE COURT:  All right.  Mr. Womack.

17          MR. WOMACK:  Your Honor, Mr. Rivera has never been

18   in trouble in his life until this event.  He is sorry for

19   what he did, I think that's come across fully.

20          He was very stoic in court, did not attempt to

21   belittle anything.  He did not take the stand, deny anything

22   whatsoever.  He understands what he did.  But he did go

23   there intending only to cover the event on a videotape.  He

24   had a professional camera with him; he did follow the crowd

25   videotaping them.

1      The comments he made at the time were narrations

2  that he was making to his audience on the Internet.  He was

3  not inciting violence.  He was not inciting or encouraging

4  any kind of destruction of property, and he did not partake

5  in any of it.

6      He was in the Capitol for a relatively short time.

7  You saw the videotape and the still footage from inside the

8  Capitol.  He did nothing but follow the crowd around filming

9  them, and that was it.  And then he exited the building and

10  did nothing violent or anything to disturb the peace at all.

11      Your Honor found that he was part of a mob of

12  people, and that that's how you found him guilty of those

13  offenses.  But he did not physically or personally do

14  anything of a disturbing nature; it was merely his presence

15  within the group that would substantiate your finding.  We

16  understand that, and we respect that verdict.

17      Your Honor, he is an honorably discharged U.S.

18  Marine; a father of seven children; married.  He supports

19  his family, has always done so; and that is despite the fact

20  that he is 90 percent disabled from his service to our

21  country.

22      For him to be a part of a protest is fine.

23  Certainly, he should not have gone into the Capitol; we

24  agree.  But he should not be incarcerated for what he did.

25      And considering this particular individual, which

1    is what Your Honor will do, he does not need any specific

2    deterrence; he's been convicted of doing this.  He would

3    never do this again.

4         And because of his service to his country, his

5    wounds -- his 90 percent disability, his family

6    circumstances, the fact that he is supporting a family and

7    working despite his tremendous disability, we think that a

8    period of probation is appropriate.

9         We ask that you either do a variance and give him

10   straight probation.  Or, if you find that the correct

11   guideline range -- excuse me, offense level is 10, that's in

12   Zone B of our guidelines, and that would call for a split

13   sentence of one half home detention and one half probation.

14   We'd ask that you give nothing worse than a split sentence

15   of 9 months, with 4 and a half months of home detention and

16   4 and a half months of probation.

17        Thank you, Your Honor.

18        THE COURT:  All right.  Mr. Rivera, you are,

19   obviously, not required to say anything, but I will give you

20   an opportunity if you actually wish to say something.

21        THE DEFENDANT:  I would like to say something,

22   Your Honor.

23        First and foremost, I want to -- I do want to

24   apologize to the Congress, the American people, and

25   yourself, Your Honor.

1          As Mr. Womack has said, I had no ill intent that

2     day when I went to D.C.  My only intent was to capture what

3     was going on at the Capitol that day, what was going on with

4     the -- specifically, around President Trump.

5          I do understand I messed up.  I messed up pretty

6     bad by following that crowd, by being a part of that crowd.

7     What I understand from that is that what I lacked that day

8     was professionalism.  That's who I am, though.  I am a

9     professional.  But that day specifically, for whatever

10     reason -- maybe it was because of what was going on -- I did

11     lack professionalism, and I understand that.

12          I want to apologize to the D.C. Police, the

13     Capitol Police.  As Mr. Disney pointed out, I did share a

14     meme.  It wasn't a meme that I created.  I shared a meme

15     laughing about the gentlemen -- the D.C. police who were

16     crying on -- during their testimony.

17          And the reason why I really want to apologize for

18     that is because, as a Marine Corps veteran -- a combat

19     veteran at that -- I did show lack of empathy when I

20     reposted that.

21          For someone who has been through combat and

22     someone who understands what it's like to be overwhelmed,

23     overran by individuals who are coming after you -- I do find

24     that my lack of empathy was not there.  And I truly

25     apologize to those men who were there to defend the Capitol

1    that day.  Again, it was not my intent at all to be ill in

2    any manner.

3           My actions not only affected, you know, the

4    courthouse -- everything else -- it affected financially my

5    home, the hardship -- the financial hardship of my family.

6    I have lost certain finances.  I have lost very good friends

7    due to my decisions for that day.

8           But what I can say, Your Honor, is spiritually I

9    have come a long way.  I can honestly say that I am an

10   extremely changed and an extremely different man.  And I

11   believe you saw the 18 letters -- there were probably more

12   that were trying to come up.  These are letters from

13   individuals that I have served with here in my community, at

14   the church.  These are people that I have submitted myself

15   to -- leaders at my church that I have submitted myself to

16   to make sure that I don't do anything else that is going to

17   create any type of chaos like this -- not only in my

18   community but in my country, or to people who do look up to

19   me, who idolize me.  Those are the things that I understand

20   that -- I do need to make the correct decisions.

21          I have an extremely higher standard of living

22   because of the outpouring of love and prayer that I get from

23   the people here in my community, Your Honor.  And, again,

24   the biggest thing is that I do want you and everybody to

25   know that I am extremely remorseful for it.  I do apologize

1  for being a part of what that was that day.  If I could do

2  it all over again, Your Honor, I would have never went.

3          You know, there is just not a lot else that I can

4  say other than the fact that I truly am sorry.  And I

5  thank you for giving me the opportunity to speak.

6          THE COURT:  All right.  What I would like to do at

7  this point is to take a break to, sort of, go back and look

8  at my materials and what has been said, both by Mr. Rivera

9  as well as counsel.

10          So it is 25 of 12:00.  So at 10 of 12:00 -- so

11  don't get off this.  You know, you can mute it and

12  disappear, but don't go off the whole Zoom thing.  It's very

13  hard to get back on again.

14          I will be back at 10 of, and I will proceed with

15  the sentencing at that point.  I am going to mute the

16  microphone and the video so I can review my materials in

17  light of what has been brought up in terms of the

18  statements.  All right?

19          MR. WOMACK:  Thank you, Your Honor.

20          (Whereupon, a recess was taken, 11:34 a.m.)

21          THE COURT:  All right.  In addition to the

22  sentencing guidelines, the Court considers the pleadings,

23  arguments, the trial record, the record generally in this

24  case, and the statements made today, in addition to the

25  following information in determining a fair, appropriate,

1    and reasonable sentence in conformance with the factors set

2    out in 18 U.S.C. 3553(a), et seq., except for (e).

3          Mr. Rivera is 38 years old; he has no criminal

4    history.  In terms of education, he is a high school

5    graduate.  He self-reports -- and I use the term

6    "self-reports" if we don't have enough documentation; but I

7    am certainly including it in the materials that was in the

8    presentence report, so I am considering it.  I am just

9    indicating what the source of it is.  He self-reports that,

10   in 2018, he received a bachelor's degree from the University

11   of Phoenix.  He also self-reports attending Brown Mackie

12   College from 2014 to 2016, although he didn't earn a degree.

13         He joined the Marine Corps in 2002 and was

14   honorably discharged in 2012.  According to the records that

15   we received from the military, his primary specialty was

16   warehouse clerk for 6 years and 4 days.  He was also a

17   recruiter for 2 years and 11 days.  He also self-reports

18   that he was deployed to Iraq for a year.

19         In terms of job history, we have that he is a

20   cinematographer and presently employed by Jubilee Church

21   Christian Academy since June of 2022.  He is also on V.A.

22   veterans disability.

23         In terms of finances, we acknowledge the V.A.

24   disability benefits.  He has no assets other than a Toyota.

25   There is limited income.  He does have child support and

1     alimony payments, which he evidently has been paying.  He

2     filed, back in 2012, for bankruptcy.  I find he has no

3     ability to pay a fine, with the obligation to support his

4     children and family generally, and the 500 restitution.

5          As far as substance abuse, past marijuana use; no

6     issues now.  Mental health and emotional, he has been

7     treated at the V.A. for PTSD, depression, and anxiety.

8          Medical.  90 percent disabled; back, knee, PTSD,

9     depression, and anxiety, and he self-reports a head injury.

10          On a personal basis, he was born in California.

11    He had no relationship with his father who is now deceased,

12    and I believe the defendant was around 12 years old at the

13    time.  His mother owns a construction company and resides in

14    Florida.

15          The defendant has four maternal siblings.  He has

16    no relationship with his siblings; all of them are older

17    than the defendant, and he was not raised with them.  The

18    defendant's mother married his stepfather when the defendant

19    was in the 6th grade.

20          The defendant himself, from 2003 to 2008, was

21    married.  He has one child, now age 14.  He does pay child

22    support, but evidently has not seen his son since his son

23    was around five years old.

24          In 2008 to 2014 he remarried.  His ex-wife lives

25    in New Mexico.  They have two children, now ages 14 and 12.

1       The defendant shares 50 percent custody of his daughters and

2       also pays child support.

3               Then, in 2015, he remarried his present wife who

4       is employed as an executive assistant by the Jubilee

5       Christian Academy in Pensacola, Florida.  They have, if I

6       count correctly, five children; ages 12, 9, 7, and then they

7       have twins that are 6 years old.

8               I would indicate that I did, over the break, look

9       at the statements of the testimony of Special Agent Chan and

10      Special Agent Nogueiras at trial.  And at least according to

11      the trial transcript that I had, Mr. Womack, there was no

12      cross.

13              Let me move on to the statement of offense.  What

14      I am going to do for this part is to read over and summarize

15      the findings that the Court made.

16              I'm going to start with the fact that Mr. Rivera

17      describes his participation in the January 6 insurrection in

18      these terms -- and this was after the events of January 6th

19      where he states, "I can honestly say I had a great time,"

20      talking about what he labeled as a "revolution."

21              Shortly after returning home from the insurrection

22      at the U.S. Capitol, defendant sent that message, "I can

23      honestly say I had a great time," to one of his Facebook

24      friends.

25              Over the course of several hours two days prior,

1    Mr. Rivera recorded himself and fellow rioters who tore

2    through barricades, police lines, broken windows, and doors.

3    They gained access to the Capitol and halted congressional

4    proceedings.

5            As Mr. Rivera made his way in his live stream from

6    broken police line to broken police line, he urged his

7    followers to, "Share, share, share," exclamation point.

8            He told his followers that his fellow rioters

9    were, "patriots."  Facing police lines, "We just kept

10   coming."  In the moment, Mr. Rivera thought the riot

11   righteous; cheering on a "revolution" -- that is his own

12   word -- that he hoped would "pull members of Congress's

13   asses out of there."  And that's a quote from him.

14           In terms of the insurrection, Mr. Rivera states,

15   "This is what we need."  This is what he said on

16   January 6th, 2021.  According to Mr. Rivera, Americans

17   needed no peaceful transfer of power, no orderly

18   congressional proceedings.

19           Rather, Mr. Rivera claims he, "pushed his way

20   through the lines of riot police."  Fellow rioters

21   ransacking this country's seat of government was, to

22   Mr. Rivera, as he proudly stated, "Something we could tell

23   our kids about."

24           For those who disagreed, Mr. Rivera told them they

25   were, "weak as fuck." "It was time," Mr. Rivera insisted,

1     "to do some patriot shit."

2          Now, the government's first two witnesses, which

3     were Inspector Hawa and Captain Carneysha Mendoza, explained

4     the security precautions taken before January 6, 2021.  And

5     the Court finds that the Capitol, guarded 24 hours a day,

6     was open only to those with official business, along with,

7     of course, members and staff, from March 2020 to January 6,

8     2021.  Had the Capitol been open to the public, all members

9     of the public would be required to enter through the Capitol

10    Visitor Center.

11         Additionally, aside from members, anyone seeking

12    to enter the Capitol would have to show identification, go

13    through a metal detector, put their belongings through an

14    X-ray machine, and would otherwise be subject to search by

15    the U.S. Capitol Police.

16         During the closure to the public, members of the

17    media were permitted to enter the Capitol Building only

18    after they had been vetted by their company, vetted by the

19    Capitol Police, and issued official badges by the Sergeant

20    At Arms.  For someone to enter the Capitol without passing

21    through security, Capitol Police would work to find and

22    detain that person.  If necessary, Capitol Police would lock

23    down portions of the Capitol in such a way that could

24    include stopping certain congressional proceedings.

25         In preparation for Vice President Michael Pence's

1    visit to preside over the counting of the votes of the

2    Electoral College on January 6, Inspector Hawa coordinated

3    the Vice President's visit with the Capitol Police.  In

4    partnership with the Capitol Police, United States Secret

5    Service set up a protective perimeter around the entire

6    grounds of the U.S. Capitol.  Only those with credentials or

7    with permission from either agency were permitted beyond

8    that point.

9           The security perimeter is standard for visits by

10   heads of state, in which the category the Secret Service

11   includes the Vice President, but was also implemented in

12   light of security concerns arising from then-President

13   Donald J. Trump's scheduled, "Stop the Steal," rally near

14   the White House.  At various places the protected area had

15   successive lines of barriers made of snow barriers,

16   interconnected bike racks, or mesh fencing.  Most of these

17   barriers included at large, regular intervals, "Area Closed"

18   signs printed in large font.

19          Though it's unclear exactly what time Inspector

20   Hawa arrived, the Court infers from testimony that she

21   arrived at the Capitol in the morning on January 6th to

22   coordinate the Vice President's visit that day.  Vice

23   President Pence arrived approximately at 12:30 p.m. with his

24   wife and daughter, and Inspector Hawa escorted the Vice

25   President and his family to the Vice President's ceremonial

1     office at the Capitol.

2              The Joint Session for the count of the Electoral

3     College votes began at 1:00 p.m. with Vice President Pence

4     presiding.  Fifteen minutes later, the two Houses of

5     Congress retired to their respective chambers to debate the

6     certification of the votes from the State of Arizona.

7              After 1:15 p.m., which was 15 minutes after the

8     Vice President returned to the Senate, the Secret Service

9     learned of breaches to its protected area; in other words,

10    the mob had made its way through barriers and onto the

11    Capitol grounds by that time.  At that time, the Secret

12    Service began to discuss moving the Vice President and his

13    family to a more secure location.

14             At around 2:30 p.m., when the rioters first

15    breached the Senate side of the Capitol itself, the Secret

16    Service evacuated the Vice President and his family to a

17    more secure location in the Capitol.  Shortly thereafter,

18    with multiple police lines overrun and the several entrances

19    to the Capitol breached, the Senate recessed for its own

20    safety; the House shortly followed.

21             On the west side of the Capitol, the farthest edge

22    of the security line was the Peace Circle.  That line was

23    breached at around 12:55 p.m.  The mob began to tear down

24    fencing across the west front of the Capitol at that same

25    time.

At the time of these initial breaches, Captain Mendoza and other Capitol Police officers served to support surviving police lines mainly on the upper and lower terraces on the west front of the Capitol.  Officers of the Metropolitan Police Department joined Capitol Police on these lines in stages.

Over the course of the following hour, various sections of the police line broke in the face of heavy, violent resistance, including the northwestern stairway on the west front leading from the lower terrace to the upper terrace at 2:09 p.m.

Just a few minutes later, the rioters smashed through the Senate Wing door and its windows.  Capitol Police officers briefly reclaimed the Senate wing door, only for rioters to overwhelm that line at 2:49 p.m.  Meanwhile, another door with access to the Senate side of the Capitol, the Parliamentarian door, was breached at 2:42 p.m.

For some period of time, after 1:00 p.m. and before 2:42 p.m., MPD, Metropolitan Police Department deployed chemical spray, pepper spray or something similar, to disperse the insurrectionists who had yet to join the portion of the riot that had captured the upper west terrace, ultimately to little effect.

When rioters entered the Capitol, they were met with a loud public -- P.A. system urging Capitol visitors

1    and staff to take shelter due to an incursion into the

2    Capitol.  Although Capitol Police officers, "engaged in

3    combat," with the rioters to prevent them from further

4    breaking police lines, Capitol Police officers were

5    ultimately unsuccessful.

6         At that point, the focus of the Capitol Police

7    shifted to convincing rioters to leave the Capitol and

8    stemming particularly severe acts of violence.  Law

9    enforcement and the National Guard weren't able to secure

10   the Capitol and the safety of the Vice President, members of

11   Congress, and staff until several hours later.

12        With Vice President Pence presiding, congressional

13   proceedings only resumed at approximately 8:00 p.m. when all

14   the rioters had been removed.

15        Now, as to Mr. Rivera's participation.

16        Bluntly, the Court finds defendant was a willing

17   and supportive participant in the rioter.  Mr. Rivera

18   excitedly announced on Facebook, at the end of December

19   2020, that he was going to Washington, D.C. to attend

20   then-President Trump's "Stop the Steal" rally.

21        Defendant then attended the "Stop the Steal" rally

22   at which then-President Trump claimed that the 2020

23   presidential election had been stolen and urged his

24   supporters to march to the Capitol.

25        Sometime after attending the rally, Mr. Rivera

1    became determined to march to the Capitol itself.  On his

2    way, and outside the E. Barrett Prettyman Courthouse -- this

3    courthouse -- a block away from the Capitol grounds, he

4    comments that he was, "about to take his ass to the middle

5    of the United States Capitol" -- which he did, in reaching

6    the Crypt at the Capitol.  At this early stage, he

7    identified with the assembling mob, gushing, "We just keep

8    coming," and approvingly shouting "America" as he saw more

9    and more of the crowd in front of him.

10          He also urged his followers watching his Facebook

11   live stream to share his live stream with their friends and

12   followers.  As he penetrated the restricted area, he saw

13   destroyed and torn fencing that he understood had been

14   erected to keep members of the public off Capitol grounds.

15          His live stream, which the Court infers to be

16   defendant's sight line, also captured fencing that was still

17   intact with, "Area Closed" signs clearly visible.

18          As defendant worked his way up to the Capitol

19   Building itself, he passed a man who explained, "We're not

20   supposed to be here.  It's all blocked off."  Nevertheless,

21   defendant made a concerted effort to get as far to the front

22   of the mob as possible.

23          Defendant arrived near the foot of the

24   northwestern stairway on the west front leading from the

25   lower terrace to the upper terrace at, approximately, 1:59

1   p.m.  Once there, Mr. Rivera filmed the police line

2   struggling to hold back a crush of rioters attempting to

3   make their way to the upper terrace.  Mr. Rivera also filmed

4   the fall of the police line at 2:09 p.m.

5          While filming, Mr. Rivera proclaimed to his

6   audience, "Patriots are going crazy, let's get out there!"

7          Shortly after, and before the stay-away line fell,

8   MPD was, in Mr. Rivera's words, "Shooting pepper spray and

9   stuff."  Mr. Rivera commented to his followers, "Let's see

10  if my time in the OC chamber helps me out."  The Court

11  credits Agent Nogueira's testimony that an "OC chamber" is a

12  tool the United States military uses to train soldiers to

13  withstand the effects of chemical sprays and irritants such

14  as pepper spray.

15         Even though Mr. Rivera had at that point made his

16  way through an unauthorized area and had been sprayed with

17  pepper spray through law enforcement's efforts to turn back

18  the defendant and other members of the mob, Mr. Rivera

19  continued onwards.  In fact, Mr. Rivera himself thought,

20  "It's going to get bad"; stating, "I was expecting this, but

21  this is going down," "with patriots at the Capitol" -- all

22  in quotes.  With tear gas around him, Mr. Rivera again urged

23  his followers to share his live stream.

24         Once the police line on the stairway had broken,

25  Mr. Rivera made his way up the stairs and arrived on the

1    upper west terrace at 2:23 p.m.  Ten minutes prior, the

2    Senate wing door was breached for the first time.  Three

3    minutes later, at 2:26 p.m., Vice President Pence was

4    removed from the Senate Chamber for his safety.

5           At the same time, while on the upper west front,

6    Mr. Rivera saw fellow rioters attempting to climb a

7    western-facing wall, and shouted at them, "There is an

8    easier way up!"

9           Mr. Rivera then made his way near the front of the

10   crowd attempting to breach the Senate wing door for the

11   second time.  Mr. Rivera watched as rioters in front of him

12   breached that door and the parliamentarian door.  The latter

13   was breached at 2:49 p.m.; the former at 2:42 p.m.

14          All the while, Mr. Rivera admired the destruction

15   around him, celebrating with the rioters near him; that the

16   events felt like, "a birthday present," his birthday to come

17   several days later, after January 6th.

18          Mr. Rivera went further, telling a rioter near

19   him, "This is what me and my boy were talking about"; saying

20   that, "The only way this would be a real revolution is if we

21   go in and pull their asses out of there.  This is the only

22   fucking way.  All this fucking talk.  It has to get done,

23   dude.  This is what we need.  This is what they needed."

24          From there, ten minutes after the insurrectionists

25   broke through the Senate wing door and two large adjacent

1    windows, Mr. Rivera entered the Capitol Building itself

2    through a broken window.  As he entered, the PA system

3    blared urging staffers and members to hide and take cover.

4         Mr. Rivera spent approximately 20 minutes roaming

5    the halls of the Capitol videoing, live streaming, and

6    taking selfies.  Mr. Rivera exited through the broken window

7    opposite the one through which he had entered.

8         After Mr. Rivera returned home to Florida, he

9    proudly told his followers of his participation in the riot.

10   He was happy to have, "challenged authority," on January 6th

11   after, "pushing his way through riot police," and making his

12   way, "to the front line."

13        Of his followers who did not approve of

14   Mr. Rivera's actions, Mr. Rivera told them they were, "weak

15   as fuck."  He argued that, "If BLM" -- Black Lives Matter,

16   presumably -- "and Antifa have been able to do it so long,"

17   a violent assault on the seat of government was appropriate.

18        He further insisted that the insurrectionists were

19   not, "Antifa."  "It was pissed off patriots."

20        To reiterate, as Mr. Rivera told a friend, "I can

21   honestly say I had a great time."

22        Although not published to the Court during the

23   trial, the Court did review an interview this defendant gave

24   after his arrest to a podcast called "New America."  That

25   was admitted into evidence as a Government's exhibit, so I

1    did look at it.

2         Mr. Rivera tells the interviewer that he came to

3    the District of Columbia to attend and record the "Stop the

4    Steal" rally.  He indicates that he has previously filmed

5    other Trump rallies.  After leaving the rally to get lunch,

6    Mr. Rivera states that he heard from others that there was,

7    quote, so much stuff going on at the Capitol, and resolved

8    to make his way there in order to, "document," footage that

9    would help him, "get his name out there."  But he did admit

10   in that same interview that he was not a journalist.

11        Now, what is not true is that his sole purpose for

12   being there, as some of his supporters evidently think, was

13   just to document that day.  He was a rioter and

14   insurrectionist; not just an observer but a participant and,

15   in his own words, calling for a revolution.

16        Now, I did receive letters of support and,

17   generally, they involved those who have come to know

18   Mr. Rivera particularly through his church activities with

19   the Jubilee Church and its school; also, friends who know

20   him who also support him.  They wrote 18 letters altogether.

21        He was described variously as a family man and a

22   caring husband and father.  There were very specific

23   descriptions of acts of kindness that he has done in the

24   community for those in need; and he definitely is a loyal

25   member of his church.  I have to say, the friends and

1    supporters describe another side to Mr. Rivera, but

2    certainly not the one who joined the rioters at the Capitol

3    to engage in a revolution.

4           Mr. Rivera has also allocuted on his own behalf

5    today by expressing -- seemingly expressing remorse, and

6    describing consequences to himself and his family due to his

7    actions on January 6.  I have to say that, unfortunately,

8    criminal conduct for all defendants has certain negative

9    consequences.

10          Now, the defendant went to trial; he did not

11   testify.  And he has a right to a trial, which is to require

12   the government prove the charges against him beyond a

13   reasonable doubt.  He did not testify, as also his right;

14   and, certainly, the Court isn't going to hold that against

15   him.

16          In determining his remorse and his acceptance of

17   responsibility, as well as acceptance that this criminal

18   conduct will not be repeated by him in the future, the Court

19   relies principally on the statements that were made at the

20   time of the criminal conduct and shortly thereafter, a

21   period where he would have had some time to consider it, the

22   subsequent interview on past podcasts, and some other

23   actions he has taken.

24          So I would say although he has made a statement of

25   remorse today, it's totally inconsistent with, frankly, the

1    reprehensible views that you shared, making light of the

2    injuries and trauma that law enforcement sustained that day.

3    It was republished on Instagram, so it was out there.

4            Whatever remorse you have expressed today cannot

5    obliterate the damage or actions caused on our democracy,

6    your words you spoke that day and later, using your own

7    words.  So it does raise concern on the Court's part as to

8    whether he will return to engaging in this type of criminal

9    behavior in the future, which is something that the Court

10   has focused on.

11           I would note, on a positive side, that he has no

12   criminal arrests or convictions, and he served his country

13   in the military and was honorably discharged.

14           This is a serious offense.  I am not going to

15   repeat my findings of fact; I just went over all of them.  I

16   did because I wanted to make it clear -- most of which is

17   his own actions recorded and his own statements, and what he

18   called, importantly, a revolution, a violent one.  He did

19   not personally assault law enforcement officers, but his

20   presence and his exhortations to the mob helped create a

21   momentum of violence.  His actions in the mob of rioters

22   provided safety for those violent actors and the rioters

23   themselves.

24           Violence is an unacceptable way to resolve

25   political differences.  There are lawful ways in a democracy

1    to change or challenge actions you disagree with which do

2    not include a violent insurrection.  You participated in an

3    insurrection -- the goal of which was to stop the

4    certification of presidential elections and a peaceful

5    transfer of power as guaranteed in our Constitution, which

6    is the bedrock of our democracy.

7         I have given a great deal of thought to your

8    sentence, as I have for all sentences; it's probably one of

9    the most difficult things that, frankly, judges do.  I hope

10   that the sentence I impose today will deter you and send

11   others -- deter others from ever participating in an

12   insurrection against our constitutional order again and

13   serve as just punishment for doing so.

14        Let me be clear.  Although the Constitution

15   provides the people, yourself included, with the right to

16   protest, change, or even abolish our government by peaceful

17   means, the Constitution does not sanction insurrection or

18   rebellion.

19        Confronted in 1951 with a group of citizens, they

20   were Communists, who sought, by violence, to overthrow our

21   system of constitutional government, the Supreme Court

22   explained in its decision that:  The power of Congress to

23   protect itself and our country from insurrection, "is a

24   proposition that requires legal discussion."

25        Given, however, the sheer number of our fellow

1    citizens who participated in the violence that day and have

2    continued, like you, to support the actions of rioters of

3    January 6th, I am going to give that proposition a little

4    more discussion than the Supreme Court did in their opinion.

5         Of my cases so far, I have seen two groups of

6    January 6th defendants.  First, those who truly believe the

7    2020 presidential election was stolen; and those who know

8    that the election was not stolen but who, nevertheless,

9    rioted in an effort to install their favorite candidate as

10   President of the United States.  I, frankly, do not know to

11   which group you belong because, as was your right, you

12   didn't take the stand.

13        I do know that you cheered on a, "revolution" on

14   the steps of the upper west front of the United States

15   Capitol.  And you hoped that, in your words, the revolution

16   would, "pull members of Congress asses out of there."

17        For the first group, it should be obvious that the

18   Constitution includes no clause providing -- for the first

19   group, it should be obvious that the Constitution includes

20   no clause providing for insurrection or the rule of a mob.

21   Our Founding Fathers specifically intended that any change

22   in government, any electoral change, even abandoning the

23   Constitution, must come to a peaceful debate.

24        As James Madison stated, our Founding Fathers

25   adopted the Constitution to, "combine the requisite

1    stability and energy in government with inviolable attention

2    due to liberty and to the republic in form."  As the

3    Preamble states, it is "We the People," all of the people,

4    who embrace the Constitution that provides only for

5    peaceable change, doing so:  In Order to form a more perfect

6    Union, establish Justice -- and, among other things --

7    insure domestic Tranquility.

8            When you signed up to serve your country in the

9    military, you did not just swear to abide by the

10   Constitution's guarantee of peace and liberty; you swore to

11   defend and uphold it.  By cheering on, in your words, a

12   revolution, to pull members of Congress' asses out of there,

13   you participated in an insurrection against a constitutional

14   order; you violated your oath.  You violated your oath by

15   joining only some of the people to undermine the

16   Constitution created of, by, and for all of the people.

17           The insurrection is just not contrary to the

18   Constitution.  Any mob action undermines it and the rule of

19   law.

20           Almost two centuries ago, Abraham Lincoln

21   discussed what he called the danger of "mobocrastic spirit."

22   Even where you think unlawful action warranted, that

23   unlawful action, as Lincoln explained, wears down our

24   institution and degrades our constitutional government.  The

25   more lawless the action, the more others feel justified in

1    engaging in lawless action, even though you -- even though

2    you disagree with it.

3            Hypothetically, one of those earnest citizens who

4    are led astray by the fervent zeal of a demagogue come to an

5    erroneous belief that their liberty has been stolen.  Do the

6    supporters of the insurrection of January 6th mean to

7    inspire them to rebel?

8            Lawlessness breeds lawlessness, and no American

9    should want today what comes by blood.  I hope the

10    punishment I impose will, as Lincoln said, fortify against

11    the revolutionary fervor that you and others shared on

12    January 6th, and they still share today.

13            Again, for those who honestly think an election

14    stolen, events like those of January 6th will only harm the

15    Constitution more than help it.

16            We've had corrupt presidential elections in our

17    past, historically in 1824 and 1878; and those were not

18    cause for insurrection.  With debate, protest, and electoral

19    participation, both of those elections were remedied.

20            Of the one contested presidential election for

21    citizens engaged in insurrection, while strongly believing

22    the election had been stolen in 1860, the bloodiest war of

23    American history resulted.

24            Our first Founding document lists a litany of

25    offenses that together, and only together, support a

1   revolution.  Unlike the Americans of 1776, electoral means

2   remain available for change or correction.  Insurrection is

3   not and cannot ever be warranted under our system of

4   democratic government.

5           For the second group, those who know that no

6   election was stolen but who, nevertheless, rioted to install

7   their preferred candidate, know that the antidemocratic

8   installation of a preferred candidate can bring only

9   tyranny.  These defendants might think this system of

10  government better; it's not.  A fact Americans have known

11  since our founding.  Our founders, and the people of their

12  time, chose this Constitution because they knew the

13  alternatives are far, far worse.

14          Abandoning the rule of law in this way results in

15  systems of government that benefit no one but the rich and

16  powerful.  Think of Chavez's Venezuela, in which the

17  generals have stolen the country's wealth and hoarded for

18  their own; Pinochet's Chile, throwing fellow citizens from

19  helicopters for daring to have political opinions different

20  from the ruling class; Argentina's dirty war, disappearing

21  fellow citizens.

22          You should appreciate what an extraordinary

23  country you live in with a vibrant democracy, and I hope you

24  come to appreciate how lucky you are to live in a democracy

25  as opposed to being ruled by an authoritarian.  It is my

1       hope that my sentence sends a message to you to deter you

2       and others from ever engaging in this type of disruptive

3       behavior in the future, recognizing you live in a country

4       with incomparable freedoms which are protected by the rule

5       of law.  Eliminate the rule of law, and you jeopardize the

6       freedoms.

7              As Lincoln said -- and this is a quote -- Let

8       every American, every lover of liberty, every well-wisher to

9       his posterity, swear... never to violate... the laws of the

10      country, and never to tolerate their violation by others.

11             Think of your oath to uphold the Constitution and

12      the majesty of our system of government while serving the

13      term of incarceration that I am going to impose.

14             Now, in terms of parity, all four counts are

15      misdemeanors, some under 1752(a) and some under (b).  I draw

16      my own chart for sentences, misdemeanors and felonies; and a

17      lot of these sentences are very close together, so you're

18      making very fine distinctions.  I have looked carefully at

19      the comparable conduct in making these distinctions in terms

20      of what people have done, but also what they have not done.

21             I think that an 8-month sentence is appropriate.

22      I have set up my findings and an explanation, and I have

23      gone through some length to try to explain it, as to why my

24      sentence is a just punishment and should serve to deter you

25      and others from engaging in ever -- this criminal conduct

1    ever again.  So let me impose the sentence at this point.

2             Pursuant to the Sentencing Reform Act of 1984 and

3    in consideration of the provisions of 18 USC 3553, as well

4    as the advisory sentencing guidelines that apply to only two

5    of the counts, it is the judgment of the Court that you,

6    Jesus Rivera, are hereby committed to the custody of the

7    Bureau of Prisons for a term of 8 months on Counts 1 through

8    4, to run concurrently.

9             You are further sentenced to serve a 1-year term

10   of supervised release as to Counts 1 and 2, to run

11   concurrently.

12            So all of them are running concurrently, both the

13   supervised release as well as the other counts.

14            Now, the two counts, Counts 1 and 2, would be -- 6

15   to 12, so it's 8 months; and the 3 and 4, the maximum would

16   be 6 months.  They're all to run concurrently, but the

17   maximum is the 8 months.

18            The supervised release, which only goes to

19   Counts 1 and 2, is 1 year, which is the maximum; and those

20   are to run concurrently.

21            In sum, the maximum is 8 months, in terms of jail

22   time, and the maximum supervised release.  The 8 months goes

23   to Counts 1 and 2; 1 year goes to Counts 1 and 2; and

24   Counts 3 and 4 is 6 months.  There is no supervised release

25   as to those.

1          In addition, you are ordered to pay a total

2    special assessment of $70 in accordance with 18 U.S.C.

3    Section 3013.  That's $25 as to each of Counts 1 and 2, and

4    $10 as to Counts 3 and 4.

5          While on supervision, the Court adopts the

6    standard conditions of supervised release that are set out

7    for Counts 1 and 2 that are included in the presentence

8    report.

9          While on supervision, you shall abide by the

10    following mandatory conditions, as well as the discretionary

11    conditions recommended in Part D which I've just talked about.

12          The sentencing options of the presentence report,

13    which are imposed to establish the basic expectation for

14    your conduct while on supervision -- the mandatory

15    conditions are:

16          You must not commit another federal, state, or

17    local crime.

18          You must not unlawfully possess a controlled

19    substance.

20          You must refrain from any unlawful use of a

21    controlled substance.  You must submit to one drug test

22    within 15 days of placement on supervision and at least two

23    periodic drug tests thereafter, as determined by the Court.

24          You must make restitution in accordance with

25    18 U.S.C. Section 3663 and 3663A, or any other statute

1    authorizing a sentence of restitution.

2             Now, the Court authorizes supervision of this case

3    to be transferred to the United States District Court for

4    the Northern District of Florida, but at a later time.  I am

5    not transferring jurisdiction.  I will transfer supervision,

6    but I want to make sure that the supervisory conditions --

7    that Florida has accepted them before there is an actual

8    transfer.  I want to make sure that there isn't any drop in

9    terms of what he needs to do.

10            You will also comply with the following special

11   conditions:

12            You shall remove firearms, destructive devices, or

13   other dangerous weapons from areas over which you have

14   access or control until the term of supervision expires.  I

15   would also indicate that, as a practical matter -- well,

16   never mind.

17            The financial information disclosure.  You must

18   provide the probation officer access to any requested

19   financial information that authorizes the release of any

20   financial information.  The probation office may share

21   financial information with the U.S. Attorney's Office.  All

22   of this until you pay restitution and a special assessment.

23   Once it's paid in full, they do not have access to your

24   financial information.

25            The Court finds you don't have the ability to pay

1    a fine and waives imposition of a fine in this case.

2           You are ordered to make restitution in the amount

3    of $500 to the Architect of the Capitol.

4           I have also determined you don't have the ability

5    to pay any interest, and waive any interest or penalties

6    that may accrue on the balance.

7           Restitution payments shall be made to the Clerk of

8    the Court for the U.S. District Court in D.C.  The

9    disbursement then goes to the Architect of the Capitol, and

10   the address will be included in the judgment order.

11          You must pay the balance of any restitution owed

12   at a rate of no less than $25 each month upon your release.

13   I believe that you can afford $25 a month; it will be once

14   you are 30 days after release.

15          The financial obligations are immediately payable

16   to the Clerk of the Court for D.C.  Within 30 days of any

17   change of address, you shall notify the Clerk of the Court

18   of the change until such time as the financial obligation is

19   paid in full.

20          The probation office shall release the presentence

21   investigation report to all appropriate agencies, which

22   includes the U.S. Probation Office in the approved district

23   of residence in order to execute the sentence of the Court.

24   Treatment agencies shall return the presentence report to

25   the probation office on the defendant's completion or

1    termination from treatment.

2         Pursuant to the statute, you have a right to

3    appeal the conviction and the sentence imposed by this

4    Court.  If you choose to appeal, you must file any appeal

5    within 14 days after the Court enters judgment.  If you are

6    unable to afford the cost of an appeal, you can request

7    permission from the Court to file it without cost to you.

8    You can also request that counsel be appointed to assist you

9    in any appeal.

10        You should discuss with your counsel your

11   interest, if you have one, in appealing since there is this

12   14-day period of time.

13        Now, the Court is required to -- under an opinion

14   in *Hunter*, which was decided back in 2016 -- if there are

15   any objections to the sentence imposed that we haven't

16   already noted or discussed on the record.

17        Now, I will allow Mr. Rivera to self-report, once

18   he receives the notice from the Bureau of Prisons.  He will

19   remain in the community until he self-surrenders.  You will

20   receive a notice -- and you can talk to probation about

21   this -- from the Bureau of Prisons as to where you are to

22   report.

23        Now, I am giving and -- I will give you time to

24   take care of your matters at home before I set a date where

25   Bureau of Prisons will contact you about self-surrendering.

1    So I don't know -- is 30 days -- what I will do is give you

2    30 days, and they could then give you notice -- which still

3    adds some additional time.  And, frankly, I have no control

4    over that.  Once they are in a position to issue a place for

5    you to go, they control that, and it depends on what their

6    spacing is.

7           If you have a particular recommendation of where

8    you want to go, I can't guarantee it but I, certainly, will

9    recommend it.

10          I don't know, Mr. Womack, is there a particular

11   place he wants to go?

12          MR. WOMACK:  Yes, Your Honor.

13          That would be the Federal Prison Camp in

14   Pensacola, Florida.  (Indiscernible.)

15          THE COURT:  Okay.  I will make that

16   recommendation, and include it as part of the judgment.

17          From your perspective -- I don't know whether you

18   have talked to Mr. Womack about the length of time, and I

19   will look at the calendar -- as to a period of time here --

20          MR. WOMACK:  Your Honor, if we could request that

21   it be on or after January 3rd --

22          THE COURT:  I'm sorry.  I missed that.

23          January -- what date?

24          MR. WOMACK:  January 3rd.  That will enable him to

25   spend the holidays with his family and his children.

```
 1              THE COURT:  What's the government's view, if you
 2    have one?
 3              I would not make it January 3rd.  I would probably
 4    make it, say, the 9th so we're not dealing with January 6th.
 5              MR. WOMACK:  Mr. Disney, you are muted.
 6              MR. DISNEY:  I'm sorry, Your Honor.
 7              I said we don't object to that.
 8              THE COURT:  I will put that he is not to
 9    self-surrender prior to January 9th.  You will be at home
10    with your family for the holidays.
11              You will still have your pretrial conditions.  You
12    have been compliant.  Make sure you continue to be compliant
13    so you don't raise any issues for yourself.
14              Let me ask, as I said -- is there anything else
15    that needs to be addressed?
16              Let me ask probation first.
17              THE PROBATION OFFICER:  No, Your Honor.
18              I spoke with defense prior to the hearing today,
19    and I am just going to meet with them really quick to go
20    over some matters afterwards.
21              THE COURT:  All right.  What I will do -- we can
22    all get off and just leave you on to do this.  My other
23    matter is not for a couple of hours, so we have a little
24    time in here.  We don't have to fiddle around with -- doing
25    separate breakout rooms, and stuff; we'll just get off.
```

```
1              Anything else from the government that you want to

2    address that I haven't?

3              MR. DISNEY:  Unless Ms. Furst has something, I

4    don't believe so, Your Honor.

5              MS. FURST:  No, Your Honor.

6              THE COURT:  All right.  Mr. Womack, anything from

7    you?

8              MR. WOMACK:  No, Your Honor.  Thank you.

9              THE COURT:  All right.  Then the parties are

10   excused.  You will see the order of judgment, of course,

11   after I actually do the judgment, which is a written

12   judgment which you will see on the docket and be able to

13   tell.

14             Mr. Rivera, I sincerely hope I never see you again

15   other than under good circumstances, and not in the

16   circumstances that you present yourself today.

17             All right.  The parties are excused.

18             MR. DISNEY:  Thank you, Your Honor.

19             THE COURT:  We will all get off.  I will leave.

20   Whoever wishes to stay on -- I will get off.  I guess

21   probation, Mr. Womack, and Mr. Rivera will stay on.

22             MR. WOMACK:  Yes, Your Honor.

23             THE COURT:  Okay.  We'll all get off.  The parties

24   are excused, then.

25             (Whereupon, the proceeding concludes, 12:47 p.m.)
```

1                            **<u>CERTIFICATE</u>**

2

3              I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings to the best of my

7      ability.

8              PLEASE NOTE:  This hearing was held via

9      videoconference, in compliance with the COVID-19 pandemic

10     stay-safer-at-home recommendations, and is therefore subject

11     to the limitations associated with the use of technology,

12     including but not limited to telephone signal interference,

13     static, signal interruptions, and other restrictions and

14     limitations associated with remote court reporting via

15     telephone, speakerphone, and/or videoconferencing

16     capabilities.

17              This certificate shall be considered null and void

18     if the transcript is disassembled and/or photocopied in any

19     manner by any party without authorization of the signatory

20     below.

21

22          Dated this 30th day of March, 2023.

23          /s/ Elizabeth Saint-Loth, RPR, FCRR
            Official Court Reporter

24

25

## $

**$10** [1] - 45:4
**$100,000** [2] - 2:25, 3:3
**$25** [4] - 4:19, 45:3, 47:12, 47:13
**$5,000** [1] - 3:6
**$500** [3] - 4:18, 14:5, 47:3
**$70** [1] - 45:2

## /

**/s** [1] - 52:23

## 1

**1** [23] - 2:23, 2:25, 3:3, 3:21, 4:10, 4:11, 4:14, 4:15, 4:17, 4:18, 4:19, 4:21, 44:7, 44:10, 44:14, 44:19, 44:23, 45:3, 45:7
**1,000** [1] - 4:18
**1-year** [1] - 44:9
**10** [5] - 4:14, 4:20, 18:11, 21:10, 21:14
**11** [1] - 22:17
**11:05** [1] - 1:4
**11:34** [1] - 21:20
**12** [7] - 4:16, 14:4, 14:15, 23:12, 23:25, 24:6, 44:15
**12:00** [2] - 21:10
**12:30** [1] - 27:23
**12:47** [1] - 51:25
**12:55** [1] - 28:23
**1331** [1] - 1:11
**14** [3] - 23:21, 23:25, 48:5
**14-day** [1] - 48:12
**15** [2] - 28:7, 45:22
**1752(a** [1] - 43:15
**1752(a)(1)** [1] - 14:16
**1752(a)(2** [1] - 14:16
**1776** [1] - 42:1
**18** [7] - 3:16, 20:11, 22:2, 35:20, 44:3, 45:2, 45:25
**1824** [1] - 41:17
**1860** [1] - 41:22
**1878** [1] - 41:17
**1951** [1] - 38:19
**1984** [1] - 44:2
**19th** [1] - 15:10

**1:00** [2] - 28:3, 29:18
**1:15** [1] - 28:7
**1:59** [1] - 31:25

## 2

**2** [16] - 3:1, 3:21, 4:10, 4:14, 4:15, 4:18, 4:19, 4:21, 22:17, 44:10, 44:14, 44:19, 44:23, 45:3, 45:7
**20** [1] - 34:4
**20005** [1] - 1:11
**2002** [1] - 22:13
**2003** [1] - 23:20
**2004** [2] - 7:18, 7:25
**2005** [2] - 7:18, 7:25
**2008** [2] - 23:20, 23:24
**2012** [2] - 22:14, 23:2
**2014** [2] - 22:12, 23:24
**2015** [1] - 24:3
**2016** [2] - 22:12, 48:14
**2018** [1] - 22:10
**202** [1] - 1:12
**2020** [4] - 26:7, 30:19, 30:22, 39:7
**2021** [3] - 25:16, 26:4, 26:8
**2022** [6] - 1:4, 3:12, 3:24, 10:13, 15:10, 22:21
**2023** [1] - 52:21
**21-060** [2] - 1:3, 2:2
**224-8815** [1] - 1:19
**24** [1] - 26:5
**25** [1] - 21:10
**25th** [1] - 10:13
**26** [2] - 3:11, 3:24
**269-6481** [1] - 1:16
**2:09** [2] - 29:11, 32:4
**2:23** [1] - 33:1
**2:26** [1] - 33:3
**2:30** [1] - 28:14
**2:42** [3] - 29:17, 29:19, 33:13
**2:49** [2] - 29:15, 33:13

## 3

**3** [13] - 1:4, 3:4, 4:10, 4:20, 4:21, 9:14, 9:24, 11:22, 12:4, 12:12, 44:15, 44:24, 45:4
**30** [4] - 47:14, 47:16, 49:1, 49:2
**301** [1] - 1:15
**3013** [1] - 45:3

**302** [1] - 5:22
**305-4367** [1] - 1:12
**30th** [1] - 52:21
**316** [1] - 1:16
**32(i)(3)(A)** [1] - 4:8
**3553** [1] - 44:3
**3553(a** [1] - 22:2
**3663** [1] - 45:25
**3663A** [1] - 45:25
**38** [1] - 22:3
**3rd** [3] - 49:21, 49:24, 50:3

## 4

**4** [11] - 3:7, 4:10, 4:20, 4:22, 18:15, 18:16, 22:16, 44:8, 44:15, 44:24, 45:4

## 5

**5** [2] - 4:17, 4:24
**5,000** [2] - 3:9, 4:24
**50** [1] - 24:1
**500** [1] - 23:4

## 6

**6** [17] - 3:5, 3:8, 4:16, 4:23, 14:15, 14:19, 15:19, 22:16, 24:7, 24:17, 26:4, 26:7, 27:2, 36:7, 44:14, 44:16, 44:24
**609** [1] - 1:18
**67052** [1] - 1:15
**6th** [13] - 3:14, 23:19, 24:18, 25:16, 27:21, 33:17, 34:10, 39:3, 39:6, 41:6, 41:12, 41:14, 50:4

## 7

**7** [1] - 24:6
**713** [1] - 1:19
**77007** [1] - 1:18

## 8

**8** [5] - 44:7, 44:15, 44:17, 44:22
**8-month** [1] - 43:21
**8:00** [1] - 30:13

## 9

**9** [4] - 14:4, 16:6, 18:15, 24:6
**9,500** [1] - 4:18
**9-month** [2] - 14:17, 16:4
**90** [4] - 10:17, 17:20, 18:5, 23:8
**9th** [2] - 50:4, 50:9

## A

**a.m** [1] - 1:4, 21:20
**abandoning** [2] - 39:22, 42:14
**abide** [2] - 40:9, 45:9
**ability** [4] - 23:3, 46:25, 47:4, 52:7
**able** [5] - 5:14, 7:21, 30:9, 34:16, 51:12
**abolish** [1] - 38:16
**Abraham** [1] - 40:20
**abuse** [1] - 23:5
**Academy** [2] - 22:21, 24:5
**acceptance** [2] - 36:16, 36:17
**accepted** [1] - 46:7
**accepting** [1] - 4:6
**access** [5] - 25:3, 29:16, 46:14, 46:18, 46:23
**accordance** [2] - 45:2, 45:24
**according** [4] - 7:22, 22:14, 24:10, 25:16
**accrue** [1] - 47:6
**accuracy** [1] - 12:21
**accurate** [7] - 6:22, 7:10, 8:18, 9:6, 12:8, 12:25, 52:4
**acknowledge** [1] - 22:23
**Act** [1] - 44:2
**Action** [1] - 1:2
**action** [5] - 40:18, 40:22, 40:23, 40:25, 41:1
**actions** [1] - 14:25, 15:4, 20:3, 34:14, 36:7, 36:23, 37:5, 37:17, 37:21, 38:1, 39:2
**Active** [1] - 10:6
**activities** [1] - 35:18
**actors** [1] - 37:22
**acts** [2] - 30:8, 35:23

**actual** [1] - 46:7
**add** [1] - 12:19
**added** [1] - 13:9
**addition** [3] - 21:21, 21:24, 45:1
**additional** [1] - 49:3
**additionally** [1] - 26:11
**additions** [1] - 7:20
**address** [4] - 5:4, 47:10, 47:17, 51:2
**addressed** [1] - 50:15
**adds** [1] - 49:3
**adjacent** [1] - 33:25
**admired** [1] - 33:14
**admit** [1] - 35:9
**admitted** [1] - 34:25
**adopted** [1] - 39:25
**adopts** [1] - 45:5
**advisory** [4] - 3:20, 4:9, 4:25, 44:4
**Affairs** [1] - 10:13
**affected** [2] - 20:3, 20:4
**afford** [2] - 47:13, 48:6
**afterwards** [1] - 50:20
**age** [1] - 23:21
**agencies** [2] - 47:21, 47:24
**agency** [1] - 27:7
**agent** [7] - 6:3, 6:14, 6:23, 6:24, 7:2, 7:11, 13:21
**Agent** [4] - 6:9, 24:9, 24:10, 32:11
**agents** [3] - 2:18, 5:18, 6:19
**ages** [2] - 23:25, 24:6
**ago** [1] - 40:20
**agree** [2] - 15:18, 17:24
**agreed** [1] - 3:23
**ahead** [1] - 10:10
**aid** [5] - 3:12, 3:19, 5:7, 7:17, 13:13
**aided** [1] - 1:25
**Alabama** [1] - 11:13
**alimony** [1] - 23:1
**allegedly** [1] - 6:24
**allocuted** [1] - 36:4
**allocution** [2] - 13:15, 14:1
**allow** [1] - 48:17
**almost** [1] - 40:20
**ALSO** [1] - 1:20
**alternatives** [1] - 42:13
**altogether** [1] - 35:20
**amendment** [1] -

12:19
**AMERICA** [1] - 1:2
**America** [2] - 31:8,
34:24
**American** [5] - 16:11,
18:24, 41:8, 41:23,
43:8
**Americans** [4] - 16:9,
25:16, 42:1, 42:10
**Ami** [1] - 2:15
**AMI** [1] - 1:20
**amount** [2] - 14:25,
47:2
**announced** [1] - 30:18
**antidemocratic** [1] -
42:7
**Antifa** [2] - 34:16,
34:19
**anxiety** [3] - 8:22,
23:7, 23:9
**anyplace** [1] - 5:15
**apologize** [5] - 18:24,
19:12, 19:17, 19:25,
20:25
**appeal** [5] - 48:3, 48:4,
48:6, 48:9
**appealing** [1] - 48:11
**appear** [1] - 3:18
**APPEARANCES** [1] -
1:9
**appearing** [2] - 1:8,
13:17
**apply** [5] - 4:9, 4:11,
4:12, 4:25, 44:4
**appointed** [1] - 48:8
**appreciate** [3] - 13:9,
42:22, 42:24
**appropriate** [6] -
14:12, 18:8, 21:25,
34:17, 43:21, 47:21
**approve** [1] - 34:13
**approved** [1] - 47:22
**approvingly** [1] - 31:8
**approximation** [1] -
14:12
**April** [1] - 10:13
**Architect** [2] - 47:3,
47:9
**area** [4] - 27:14, 28:9,
31:12, 32:16
**Area** [2] - 27:17, 31:17
**areas** [1] - 46:13
**Argentina's** [1] - 42:20
**argued** [2] - 7:5, 34:15
**arguments** [1] - 21:23
**arising** [1] - 27:12
**Arizona** [1] - 28:6
**Arms** [1] - 26:20
**arrest** [1] - 34:24
**arrests** [1] - 37:12

**arrived** [5] - 27:20,
27:21, 27:23, 31:23,
32:25
**aside** [1] - 26:11
**ass** [1] - 31:4
**assault** [2] - 34:17,
37:19
**assembling** [1] - 31:7
**asses** [4] - 25:13,
33:21, 39:16, 40:12
**assessment** [4] - 4:19,
4:20, 45:2, 46:22
**assets** [1] - 22:24
**assignment** [1] -
11:11
**assist** [1] - 48:8
**assistant** [1] - 24:4
**associated** [3] - 1:23,
52:11, 52:14
**assuming** [1] - 4:2
**astray** [1] - 41:4
**attached** [1] - 3:15
**attempt** [1] - 16:20
**attempting** [3] - 32:2,
33:6, 33:10
**attend** [2] - 30:19,
35:3
**attended** [1] - 30:21
**attending** [2] - 22:11,
30:25
**attention** [1] - 40:1
**Attorney** [1] - 1:14
**Attorney's** [1] - 46:21
**audience** [2] - 17:2,
32:6
**audio** [1] - 1:23
**authoritarian** [1] -
42:25
**authority** [1] - 34:10
**authorization** [1] -
52:19
**authorizes** [2] - 46:2,
46:19
**authorizing** [1] - 46:1
**available** [1] - 42:2
**award** [2] - 10:17,
10:18

**B**

**b)** [1] - 43:15
**bachelor's** [1] - 22:10
**background** [1] - 8:5
**bad** [2] - 19:6, 32:20
**badges** [1] - 26:19
**balance** [2] - 47:6,
47:11
**bankruptcy** [1] - 23:2
**Barrett** [1] - 31:2

**barricades** [1] - 25:2
**barriers** [4] - 27:15,
27:17, 28:10
**Barry** [1] - 2:7
**BARRY** [1] - 1:10
**barry.disney@usdoj.**
**gov** [1] - 1:12
**basic** [1] - 45:13
**basis** [1] - 23:10
**became** [1] - 31:1
**bedrock** [1] - 38:6
**BEFORE** [1] - 1:7
**began** [3] - 28:3,
28:12, 28:23
**begin** [1] - 2:21
**behalf** [1] - 36:4
**behavior** [2] - 37:9,
43:3
**belief** [2] - 15:25, 41:5
**believes** [1] - 14:25
**belittle** [1] - 16:21
**belong** [1] - 39:11
**belongings** [1] - 26:13
**below** [1] - 52:20
**benefit** [2] - 10:14,
42:15
**benefits** [1] - 22:24
**best** [1] - 52:6
**better** [1] - 42:10
**beyond** [2] - 27:7,
36:12
**biggest** [1] - 20:24
**bike** [1] - 27:16
**birthday** [2] - 33:16
**bite** [1] - 16:6
**Black** [1] - 34:15
**blared** [1] - 34:3
**BLM** [1] - 34:15
**block** [1] - 31:3
**blocked** [1] - 31:20
**blood** [1] - 41:9
**bloodiest** [1] - 41:22
**bluntly** [1] - 30:16
**book** [2] - 9:14, 12:5
**born** [1] - 23:10
**bother** [1] - 2:19
**Boulevard** [1] - 1:18
**boy** [1] - 33:19
**breach** [1] - 33:10
**breached** [7] - 28:15,
28:19, 28:23, 29:17,
33:2, 33:12, 33:13
**breaches** [2] - 28:9,
29:1
**break** [2] - 21:7, 24:8
**breaking** [1] - 30:4
**breakout** [1] - 50:25
**breeds** [1] - 41:8
**briefly** [1] - 29:14

**bring** [6] - 7:19, 8:5,
8:24, 8:25, 9:10,
42:8
**broke** [2] - 29:8, 33:25
**broken** [6] - 25:2,
25:6, 32:24, 34:2,
34:6
**brought** [4] - 7:15,
7:24, 11:4, 21:17
**Brown** [1] - 22:11
**building** [3] - 2:24,
3:2, 17:9
**Building** [5] - 3:5, 3:8,
26:17, 31:19, 34:1
**Bureau** [4] - 44:7,
48:18, 48:21, 48:25
**business** [1] - 26:6

**C**

**calculation** [2] - 3:22,
4:13
**calculations** [2] -
3:21, 4:1
**calendar** [1] - 49:19
**California** [1] - 23:10
**camera** [1] - 16:24
**Camp** [1] - 49:13
**candidate** [3] - 39:9,
42:7, 42:8
**cannot** [2] - 37:4, 42:3
**capabilities** [1] -
52:16
**Capitol** [61] - 3:5, 3:8,
5:8, 17:6, 17:8,
17:23, 19:3, 19:13,
19:25, 24:22, 25:3,
26:5, 26:8, 26:9,
26:12, 26:15, 26:17,
26:19, 26:20, 26:21,
26:22, 26:23, 27:3,
27:4, 27:6, 27:21,
28:1, 28:11, 28:15,
28:17, 28:19, 28:21,
28:24, 29:2, 29:4,
29:5, 29:13, 29:16,
29:24, 29:25, 30:2,
30:4, 30:6, 30:7,
30:10, 30:24, 31:1,
31:3, 31:5, 31:6,
31:14, 31:18, 32:21,
34:1, 34:5, 35:7,
36:2, 39:15, 47:3,
47:9
**Captain** [1] - 26:3,
29:1
**capture** [1] - 19:2
**captured** [2] - 29:22,
31:16

**Cara** [1] - 13:17
**care** [1] - 48:24
**carefully** [2] - 5:9,
43:18
**caring** [1] - 35:22
**Carneysha** [1] - 26:3
**Case** [1] - 2:2
**case** [5] - 14:14,
14:19, 21:24, 46:2,
47:1
**cases** [1] - 39:5
**Category** [1] - 4:11
**category** [1] - 27:10
**caused** [2] - 8:12, 37:5
**celebrating** [1] - 33:15
**Center** [1] - 26:10
**centuries** [1] - 40:20
**ceremonial** [1] - 27:25
**certain** [3] - 20:6,
26:24, 36:8
**certainly** [8] - 8:8,
12:22, 17:23, 22:7,
36:2, 36:14, 49:8
**CERTIFICATE** [1] -
52:1
**Certificate** [1] - 10:6
**certificate** [1] - 52:17
**certification** [2] - 28:6,
38:4
**certify** [1] - 52:4
**challenge** [1] - 38:1
**challenged** [1] - 34:10
**chamber** [2] - 32:10,
32:11
**Chamber** [1] - 33:4
**chambers** [1] - 28:5
**Chan** [1] - 24:9
**change** [12] - 7:9,
8:16, 10:18, 11:15,
38:1, 38:16, 39:21,
39:22, 40:5, 42:2,
47:17, 47:18
**changed** [2] - 3:23,
20:10
**changes** [1] - 12:21
**chaos** [1] - 20:17
**charges** [1] - 36:12
**chart** [1] - 43:16
**Chavez's** [1] - 42:16
**cheered** [1] - 39:13
**cheering** [2] - 25:11,
40:11
**chemical** [2] - 29:20,
32:13
**child** [4] - 22:25,
23:21, 24:2
**children** [5] - 17:18,
23:4, 23:25, 24:6,
49:25

**Chile** [1] - 42:18
**choose** [1] - 48:4
**chose** [1] - 42:12
**Christian** [2] - 22:21, 24:5
**Chronological** [3] - 9:14, 9:24, 12:15
**chronological** [1] - 10:2
**chronologically** [1] - 11:1
**church** [4] - 20:14, 20:15, 35:18, 35:25
**Church** [2] - 22:20, 35:19
**cinematographer** [1] - 22:20
**Circle** [1] - 28:22
**circumstances** [3] - 18:6, 51:15, 51:16
**citizens** [6] - 38:19, 39:1, 41:3, 41:21, 42:18, 42:21
**claimed** [1] - 30:22
**claims** [1] - 25:19
**class** [1] - 42:20
**clause** [2] - 39:18, 39:20
**clear** [2] - 37:16, 38:14
**clearly** [2] - 8:14, 31:17
**Clerk** [3] - 47:7, 47:16, 47:17
**clerk** [1] - 22:16
**climb** [1] - 33:6
**close** [1] - 43:17
**closed** [1] - 8:12
**Closed** [2] - 27:17, 31:17
**closed-head** [1] - 8:12
**closure** [1] - 26:16
**COLLEEN** [1] - 1:7
**College** [3] - 22:12, 27:2, 28:3
**Columbia** [1] - 35:3
**COLUMBIA** [1] - 1:1
**combat** [3] - 19:18, 19:21, 30:3
**combine** [1] - 39:25
**combined** [1] - 10:16
**coming** [3] - 19:23, 25:10, 31:8
**command** [1] - 11:12
**comment** [1] - 5:19
**commented** [1] - 32:9
**comments** [2] - 17:1, 31:4
**commit** [2] - 16:2, 45:16

**commits** [1] - 15:12
**committed** [2] - 15:2, 44:6
**committing** [1] - 14:23
**Communists** [1] - 38:20
**community** [5] - 20:13, 20:18, 20:23, 35:24, 48:19
**company** [2] - 23:13, 26:18
**comparable** [1] - 43:19
**complete** [2] - 11:5, 52:6
**completion** [1] - 47:25
**compliance** [1] - 52:9
**compliant** [3] - 3:11, 50:12
**comply** [1] - 46:10
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concern** [1] - 37:7
**concerns** [1] - 27:12
**concerted** [1] - 31:21
**concludes** [1] - 51:25
**concurrently** [5] - 44:8, 44:11, 44:12, 44:16, 44:20
**conditions** [7] - 45:6, 45:10, 45:11, 45:15, 46:6, 46:11, 50:11
**conduct** [8] - 3:1, 3:4, 36:8, 36:18, 36:20, 43:19, 43:25, 45:14
**conformance** [1] - 22:1
**confronted** [1] - 38:19
**Congress** [5] - 18:24, 28:5, 30:11, 38:22, 39:16
**Congress'** [1] - 40:12
**Congress's** [1] - 25:12
**congressional** [4] - 25:3, 25:18, 26:24, 30:12
**connected** [3] - 10:16, 10:17, 10:20
**consequences** [2] - 36:6, 36:9
**consider** [4] - 5:14, 8:17, 12:22, 36:21
**consideration** [1] - 44:3
**considered** [2] - 10:19, 52:17
**considering** [2] - 17:25, 22:8
**considers** [1] - 21:22

**consistency** [1] - 14:14
**constitutes** [1] - 52:4
**Constitution** [13] - 38:5, 38:14, 38:17, 39:18, 39:19, 39:23, 39:25, 40:4, 40:16, 40:18, 41:15, 42:12, 43:11
**Constitution's** [1] - 40:10
**constitutional** [4] - 38:12, 38:21, 40:13, 40:24
**construction** [1] - 23:13
**contact** [1] - 48:25
**contested** [1] - 41:20
**continue** [1] - 50:12
**continued** [2] - 32:19, 39:2
**contrary** [1] - 40:17
**control** [3] - 46:14, 49:3, 49:5
**controlled** [2] - 45:18, 45:21
**convicted** [1] - 18:2
**conviction** [1] - 48:3
**convictions** [1] - 37:12
**convincing** [1] - 30:7
**coordinate** [1] - 27:22
**coordinated** [1] - 27:2
**Corps** [5] - 9:14, 11:12, 12:18, 19:18, 22:13
**correct** [4] - 4:3, 7:1, 18:10, 20:20
**correction** [1] - 42:2
**corrections** [1] - 7:20
**correctly** [1] - 24:6
**corrupt** [1] - 41:16
**cost** [2] - 48:6, 48:7
**counsel** [6] - 2:4, 5:3, 5:6, 21:9, 48:8, 48:10
**count** [2] - 24:6, 28:2
**Count** [4] - 2:23, 3:1, 3:4, 3:7
**counting** [1] - 27:1
**country** [9] - 17:21, 18:4, 20:18, 37:12, 38:23, 40:8, 42:23, 43:3, 43:10
**country's** [2] - 25:21, 42:17
**counts** [5] - 2:22, 43:14, 44:5, 44:13, 44:14
**Counts** [20] - 3:21,

4:9, 4:10, 4:14, 4:15, 4:18, 4:19, 4:20, 4:21, 44:7, 44:10, 44:14, 44:19, 44:23, 44:24, 45:3, 45:4, 45:7
**couple** [1] - 50:23
**course** [6] - 14:7, 16:5, 24:25, 26:7, 29:7, 51:10
**Court** [37] - 1:21, 1:21, 5:4, 14:13, 15:14, 15:20, 16:13, 21:22, 24:15, 26:5, 27:20, 30:16, 31:15, 32:10, 34:22, 34:23, 36:14, 36:18, 37:9, 38:21, 39:4, 44:5, 45:5, 45:23, 46:2, 46:3, 46:25, 47:8, 47:16, 47:17, 47:23, 48:4, 48:5, 48:7, 48:13, 52:23
**COURT** [46] - 1:1, 1:7, 2:8, 2:12, 2:15, 2:17, 4:5, 5:21, 5:25, 6:3, 6:6, 6:13, 6:21, 7:8, 7:14, 8:9, 8:14, 9:18, 9:21, 10:4, 10:10, 11:1, 11:14, 11:20, 11:25, 12:3, 12:6, 12:13, 12:17, 13:2, 13:8, 13:22, 13:25, 16:16, 18:18, 21:6, 21:21, 49:15, 49:22, 50:1, 50:8, 50:21, 51:6, 51:9, 51:19, 51:23
**court** [3] - 3:15, 16:20, 52:14
**Court's** [2] - 15:17, 37:7
**courthouse** [2] - 20:4, 31:3
**Courthouse** [1] - 31:2
**COURTROOM** [2] - 2:2, 13:19
**courts** [1] - 15:18
**cover** [2] - 16:23, 34:3
**COVID-19** [1] - 52:9
**crazy** [1] - 32:6
**create** [2] - 20:17, 37:20
**created** [2] - 19:14, 40:16
**credentials** [1] - 27:6
**credits** [1] - 32:11
**cried** [1] - 15:11
**crime** [9] - 15:1, 15:12, 15:13, 15:19,

15:22, 15:23, 15:24, 16:7, 45:17
**crimes** [2] - 15:2, 15:8
**criminal** [8] - 2:2, 22:3, 36:8, 36:17, 36:20, 37:8, 37:12, 43:25
**Criminal** [4] - 1:2, 4:8, 4:11, 4:15
**CRM** [1] - 1:10
**cross** [3] - 5:24, 6:2, 24:12
**cross-examination** [2] - 5:24, 6:2
**crowd** [6] - 16:24, 17:8, 19:6, 31:9, 33:10
**crush** [1] - 17:9
**crying** [1] - 19:16
**Crypt** [1] - 31:6
**curious** [5] - 8:2, 8:10, 9:5, 9:8, 9:9
**current** [1] - 10:18
**custody** [3] - 4:15, 24:1, 44:6

# D

**D.C** [7] - 1:5, 19:2, 19:12, 19:15, 30:19, 47:8, 47:16
**damage** [1] - 37:5
**danger** [1] - 40:21
**dangerous** [1] - 46:13
**daring** [1] - 42:19
**date** [3] - 10:18, 48:24, 49:23
**dated** [2] - 3:11, 10:13
**Dated** [1] - 52:21
**daughter** [1] - 27:24
**daughters** [1] - 24:1
**days** [10] - 22:16, 22:17, 24:25, 33:17, 45:22, 47:14, 47:16, 48:5, 49:1, 49:2
**DC** [1] - 1:11
**DD214** [4] - 10:5, 10:11, 10:24, 11:9
**deal** [1] - 38:7
**dealing** [1] - 50:4
**debate** [3] - 28:5, 39:23, 41:18
**deceased** [1] - 23:11
**December** [1] - 30:18
**decided** [1] - 48:14
**decision** [1] - 38:22
**decisions** [2] - 20:7, 20:20
**defend** [2] - 19:25,

40:11
**Defendant** [1] - 1:5
**DEFENDANT** [3] - 1:17, 2:14, 18:21
**defendant** [20] - 3:25, 5:3, 5:8, 7:11, 14:23, 23:12, 23:15, 23:17, 23:18, 23:20, 24:1, 24:22, 30:16, 30:21, 31:18, 31:21, 31:23, 32:18, 34:23, 36:10
**defendant's** [5] - 3:15, 6:16, 23:18, 31:16, 47:25
**defendants** [4] - 3:14, 36:8, 39:6, 42:9
**defense** [3] - 5:3, 5:6, 50:18
**definitely** [2] - 8:21, 35:24
**degrades** [1] - 40:24
**degree** [2] - 22:10, 22:12
**deliberately** [1] - 6:16
**demagogue** [1] - 41:4
**democracy** [6] - 16:11, 37:5, 37:25, 38:6, 42:23, 42:24
**democratic** [1] - 42:4
**demonstrating** [1] - 3:7
**deny** [1] - 16:21
**Department** [3] - 10:12, 29:5, 29:19
**deployed** [2] - 22:18, 29:20
**deployment** [3] - 7:18, 9:15, 10:25
**depression** [3] - 8:22, 23:7, 23:9
**DEPUTY** [2] - 2:2, 13:19
**describe** [1] - 36:1
**described** [1] - 35:21
**describes** [1] - 24:17
**describing** [1] - 36:6
**descriptions** [1] - 35:23
**deserves** [1] - 14:19
**despite** [2] - 17:19, 18:7
**destroyed** [1] - 31:13
**destruction** [2] - 17:4, 33:14
**destructive** [1] - 46:12
**detain** [1] - 26:22
**detector** [1] - 26:13
**detention** [2] - 18:13, 18:15
**deter** [5] - 14:22,

38:10, 38:11, 43:1, 43:24
**determined** [3] - 31:1, 45:23, 47:4
**determining** [2] - 21:25, 36:16
**deterrence** [2] - 16:15, 18:2
**deterrents** [1] - 14:22
**devices** [1] - 46:12
**Diego** [1] - 8:1
**differences** [1] - 37:25
**different** [3] - 13:22, 20:10, 42:19
**difficult** [1] - 38:9
**difficulties** [1] - 1:23
**dirty** [1] - 42:20
**disabilities** [3] - 10:16, 10:20, 10:22
**disability** [4] - 18:5, 18:7, 22:22, 22:24
**disabled** [3] - 10:19, 17:20, 23:8
**disagree** [2] - 38:1, 41:2
**disagreed** [1] - 25:24
**disappear** [1] - 21:12
**disappearing** [1] - 42:20
**disassembled** [1] - 52:18
**disbursement** [1] - 47:9
**Discharge** [1] - 10:6
**discharged** [3] - 17:17, 22:14, 37:13
**disclosure** [1] - 46:17
**discretionary** [1] - 45:10
**discuss** [2] - 28:12, 48:10
**discussed** [3] - 11:3, 40:21, 48:16
**discussion** [2] - 38:24, 39:4
**DISNEY** [8] - 1:10, 2:6, 2:9, 6:15, 14:2, 50:6, 51:3, 51:18
**Disney** [3] - 2:7, 19:13, 50:5
**disorderly** [2] - 3:1, 3:4
**disperse** [1] - 29:21
**disruptive** [2] - 3:1, 43:2
**distinctions** [2] - 43:18, 43:19
**District** [4] - 35:3, 46:3, 46:4, 47:8
**district** [1] - 47:22

**DISTRICT** [3] - 1:1, 1:1, 1:7
**disturb** [1] - 17:10
**disturbing** [1] - 17:14
**docket** [1] - 51:12
**document** [11] - 10:1, 11:16, 11:20, 11:21, 11:23, 12:13, 12:18, 35:8, 35:13, 41:24
**documentation** [1] - 22:6
**documents** [1] - 12:24
**DOJ** [2] - 1:10, 1:14
**DOJ-CRM** [1] - 1:10
**DOJ-USAO** [1] - 1:14
**domestic** [1] - 40:7
**Donald** [1] - 27:13
**done** [5] - 17:19, 33:22, 35:23, 43:20
**door** [9] - 29:13, 29:14, 29:16, 29:17, 33:2, 33:10, 33:12, 33:25
**doors** [1] - 25:2
**doubt** [1] - 36:13
**down** [4] - 26:23, 28:23, 32:21, 40:23
**draw** [1] - 43:15
**drop** [1] - 46:8
**drug** [2] - 45:21, 45:23
**dude** [1] - 33:23
**due** [5] - 10:20, 20:7, 30:1, 36:6, 40:2
**during** [8] - 5:23, 6:1, 6:19, 7:3, 15:11, 19:16, 26:16, 34:22
**Duty** [1] - 10:6
**duty** [1] - 11:11

**E**

**e)** [1] - 22:2
**early** [1] - 31:6
**earn** [1] - 22:12
**earnest** [1] - 41:3
**easier** [1] - 33:8
**edge** [1] - 28:21
**education** [1] - 22:4
**effect** [1] - 29:23
**effective** [1] - 10:18
**effects** [1] - 32:13
**effort** [2] - 31:21, 39:9
**efforts** [1] - 32:17
**either** [3] - 6:6, 18:9, 27:7
**election** [7] - 30:23, 39:7, 39:8, 41:13, 41:20, 41:22, 42:6
**elections** [3] - 38:4,

41:16, 41:19
**electoral** [3] - 39:22, 41:18, 42:1
**Electoral** [2] - 27:2, 28:2
**Eliminate** [1] - 43:5
**ELIZABETH** [1] - 52:3
**Elizabeth** [2] - 1:21, 52:23
**Email** [3] - 1:12, 1:16, 1:19
**embrace** [1] - 40:4
**emotional** [1] - 23:6
**empathy** [2] - 19:19, 19:24
**employed** [2] - 22:20, 24:4
**enable** [1] - 49:24
**encouraging** [1] - 17:3
**end** [2] - 13:4, 30:18
**energy** [1] - 40:1
**enforcement** [3] - 30:9, 37:2, 37:19
**enforcement's** [1] - 32:17
**engage** [1] - 36:3
**engaged** [2] - 30:2, 41:21
**engaging** [4] - 37:8, 41:1, 43:2, 43:25
**enter** [4] - 26:9, 26:12, 26:17, 26:20
**entered** [4] - 29:24, 34:1, 34:2, 34:7
**entering** [1] - 2:23
**enters** [1] - 48:5
**entire** [1] - 27:5
**entrances** [1] - 28:18
**entry** [1] - 3:4
**erected** [1] - 31:14
**erroneous** [1] - 41:5
**escorted** [1] - 27:24
**establish** [2] - 40:6, 45:13
**et** [1] - 22:2
**etc** [1] - 1:24
**evacuated** [1] - 28:16
**evaluation** [1] - 10:17
**event** [3] - 7:6, 16:18, 16:23
**events** [3] - 24:18, 33:16, 41:14
**evidence** [5] - 5:9, 5:13, 5:21, 14:8, 34:25
**evidently** [5] - 7:21, 9:1, 23:1, 23:22, 35:12
**ex** [1] - 23:24
**ex-wife** [1] - 23:24

**exactly** [1] - 27:19
**examination** [2] - 5:24, 6:2
**example** [1] - 16:12
**except** [2] - 11:11, 22:2
**excitedly** [1] - 30:18
**exclamation** [1] - 25:7
**exculpatory** [1] - 6:12
**excuse** [2] - 4:22, 18:11
**excused** [3] - 51:10, 51:17, 51:24
**execute** [1] - 47:23
**executive** [1] - 24:4
**exhibit** [1] - 34:25
**exhortations** [1] - 37:20
**exited** [2] - 17:9, 34:6
**expectation** [1] - 45:13
**expecting** [1] - 32:20
**expires** [1] - 46:14
**explain** [1] - 43:23
**explained** [4] - 26:3, 31:19, 38:22, 40:23
**explanation** [1] - 43:22
**explosions** [1] - 8:13
**expressed** [1] - 37:4
**expressing** [2] - 36:5
**extraordinary** [1] - 42:22
**extremely** [4] - 20:10, 20:21, 20:25

**F**

**face** [1] - 29:8
**Facebook** [3] - 24:23, 30:18, 31:10
**facing** [2] - 25:9, 33:7
**fact** [10] - 4:7, 15:2, 15:15, 17:19, 18:6, 21:4, 24:16, 32:19, 37:15, 42:10
**factors** [3] - 8:17, 12:22, 22:1
**fair** [2] - 9:7, 21:25
**fairness** [1] - 14:14
**fall** [1] - 32:4
**family** [12] - 17:19, 18:5, 18:6, 20:5, 23:4, 27:25, 28:13, 28:16, 35:21, 36:6, 49:25, 50:10
**far** [8] - 5:8, 8:4, 8:20, 23:5, 31:21, 39:5, 42:13

**farthest** [1] - 28:21
**father** [3] - 17:18, 23:11, 35:22
**Fathers** [2] - 39:21, 39:24
**fault** [2] - 16:10, 16:12
**favorite** [1] - 39:9
**FBI** [1] - 13:21
**FCRR** [3] - 1:21, 52:3, 52:23
**federal** [1] - 45:16
**Federal** [2] - 4:8, 49:13
**fell** [1] - 32:7
**fellow** [7] - 25:1, 25:8, 25:20, 33:6, 38:25, 42:18, 42:21
**felonies** [1] - 43:16
**felt** [1] - 33:16
**fencing** [4] - 27:16, 28:24, 31:13, 36:14
**fervent** [1] - 41:4
**fervor** [1] - 41:11
**few** [1] - 29:12
**fiddle** [1] - 50:24
**Fifteen** [1] - 28:4
**file** [2] - 48:4, 48:7
**filed** [2] - 11:6, 23:2
**filmed** [3] - 32:1, 32:3, 35:4
**filming** [2] - 17:8, 32:5
**finances** [2] - 20:6, 22:23
**financial** [8] - 20:5, 46:17, 46:19, 46:20, 46:21, 46:24, 47:15, 47:18
**financially** [1] - 20:4
**findings** [4] - 4:7, 24:15, 37:15, 43:22
**fine** [11] - 2:25, 3:3, 3:6, 3:9, 4:23, 13:22, 17:22, 23:3, 43:18, 47:1
**firearms** [1] - 46:12
**first** [9] - 18:23, 26:2, 28:14, 33:2, 39:6, 39:17, 39:18, 41:24, 50:16
**five** [2] - 23:23, 24:6
**Florida** [6] - 23:14, 24:5, 34:8, 46:4, 46:7, 49:14
**focus** [2] - 14:21, 30:6
**focused** [1] - 37:10
**follow** [2] - 16:24, 17:8
**followed** [1] - 28:20
**followers** [8] - 25:7, 25:8, 31:10, 31:12, 32:9, 32:23, 34:9,

34:13
**following** [6] - 11:15, 19:6, 21:25, 29:7, 45:10, 46:10
**font** [1] - 27:18
**foot** [1] - 31:23
**footage** [2] - 17:7, 35:8
**FOR** [3] - 1:1, 1:9, 1:17
**foregoing** [1] - 52:4
**foremost** [1] - 18:23
**form** [2] - 40:2, 40:5
**former** [1] - 33:13
**fortify** [1] - 41:10
**forward** [2] - 11:15, 12:9
**founders** [1] - 42:11
**Founding** [3] - 39:21, 39:24, 41:24
**founding** [1] - 42:11
**four** [3] - 2:21, 23:15, 43:14
**frankly** [7] - 11:2, 11:5, 12:8, 36:25, 38:9, 39:10, 49:3
**freedoms** [2] - 43:4, 43:6
**friend** [1] - 34:20
**friends** [5] - 20:6, 24:24, 31:11, 35:19, 35:25
**front** [11] - 28:24, 29:4, 29:10, 31:9, 31:21, 31:24, 33:5, 33:9, 33:11, 34:12, 39:14
**fuck** [2] - 25:25, 34:15
**fucking** [1] - 33:22
**full** [4] - 12:13, 46:23, 47:19, 52:5
**fully** [1] - 16:19
**fun** [2] - 15:7, 15:11
**FURST** [3] - 1:13, 6:8, 51:5
**Furst** [3] - 2:7, 6:8, 51:3
**future** [4] - 16:3, 36:18, 37:9, 43:3

**G**

**gained** [1] - 25:3
**gas** [1] - 32:22
**generally** [3] - 21:23, 23:4, 35:17
**generals** [1] - 42:17
**gentlemen** [1] - 19:15
**given** [2] - 38:7, 38:25

**goal** [2] - 8:18, 38:3
**Government** [2] - 5:21, 6:7
**government** [22] - 2:5, 2:6, 3:20, 5:3, 5:19, 13:16, 13:25, 14:3, 14:10, 25:21, 34:17, 36:12, 38:16, 38:21, 39:22, 40:1, 40:24, 42:4, 42:10, 42:15, 43:12, 51:1
**government's** [4] - 3:12, 14:24, 26:2, 50:1
**Government's** [1] - 34:25
**grade** [1] - 23:19
**graduate** [1] - 22:5
**grand** [1] - 16:4
**great** [5] - 15:3, 24:19, 24:23, 34:21, 38:7
**grounds** [6] - 2:24, 3:2, 27:6, 28:11, 31:3, 31:14
**group** [6] - 17:15, 38:19, 39:11, 39:17, 39:19, 42:5
**groups** [1] - 39:5
**guarantee** [2] - 40:10, 49:8
**guaranteed** [1] - 38:5
**Guard** [1] - 30:9
**guarded** [1] - 28:4
**guess** [1] - 51:20
**guideline** [3] - 3:21, 14:11, 14:15, 14:18, 18:11
**guidelines** [7] - 4:9, 4:10, 4:12, 4:25, 18:12, 21:22, 44:4
**guilty** [2] - 2:21, 17:12
**gushing** [1] - 31:7
**GUY** [1] - 1:17
**guy** [1] - 2:11
**guy.womack@usa. net** [1] - 1:19

**H**

**half** [4] - 18:13, 18:15, 18:16
**halls** [1] - 34:5
**halted** [1] - 25:3
**happy** [1] - 34:10
**hard** [2] - 13:6, 21:13
**hardship** [1] - 20:5
**harm** [1] - 41:14
**Hawa** [4] - 26:3, 27:2, 27:20, 27:24

**head** [4] - 7:23, 8:12, 8:23, 23:9
**heads** [1] - 27:10
**health** [1] - 23:6
**hear** [2] - 5:2, 13:16
**heard** [2] - 14:7, 35:6
**hearing** [3] - 1:22, 50:18, 52:8
**heavy** [1] - 29:8
**Heights** [1] - 1:18
**held** [2] - 1:22, 52:8
**helicopters** [1] - 42:19
**help** [2] - 35:9, 41:15
**helped** [1] - 37:20
**helpful** [2] - 8:17, 9:5
**helps** [1] - 32:10
**hence** [1] - 3:24
**hereby** [2] - 44:6, 52:3
**hide** [1] - 34:3
**high** [1] - 22:4
**higher** [1] - 20:21
**Hill** [1] - 16:12
**himself** [4] - 23:20, 25:1, 32:19, 36:6
**historically** [1] - 41:17
**History** [2] - 4:11, 4:15
**history** [3] - 22:4, 22:19, 41:23
**hoarded** [1] - 42:17
**hold** [2] - 32:2, 36:14
**holidays** [2] - 49:25, 50:10
**home** [8] - 18:13, 18:15, 20:5, 24:21, 34:8, 48:24, 50:9, 52:10
**honestly** [5] - 20:9, 24:19, 24:23, 34:21, 41:13
**Honor** [42] - 2:6, 2:9, 2:10, 2:14, 4:4, 5:17, 5:24, 6:8, 6:15, 7:1, 7:13, 8:7, 9:12, 9:20, 11:8, 11:18, 11:24, 13:1, 13:5, 13:20, 14:2, 15:24, 16:17, 17:11, 17:17, 18:1, 18:17, 18:22, 18:25, 20:8, 20:23, 21:2, 21:19, 49:12, 49:20, 50:6, 50:17, 51:4, 51:5, 51:8, 51:18, 51:22
**HONORABLE** [1] - 1:7
**honorably** [3] - 17:17, 22:14, 37:13
**hope** [5] - 38:9, 41:9, 42:23, 43:1, 51:14
**hoped** [2] - 25:12, 39:15

**hour** [1] - 29:7
**hours** [4] - 24:25, 26:5, 30:11, 50:23
**House** [2] - 27:14, 28:20
**Houses** [1] - 28:4
**Houston** [1] - 1:18
**Hunter** [2] - 48:14
**hurt** [2] - 15:23, 15:24
**husband** [1] - 35:22
**Hypothetically** [1] - 41:3

**I**

**i.e** [1] - 1:24
**identification** [1] - 26:12
**identified** [1] - 31:7
**identify** [1] - 2:4
**idolize** [1] - 20:19
**ill** [2] - 19:1, 20:1
**immediately** [1] - 47:15
**implemented** [1] - 27:11
**important** [1] - 7:7
**importantly** [1] - 37:18
**impose** [6] - 15:21, 16:13, 38:10, 41:10, 43:13, 44:1
**imposed** [3] - 45:13, 48:3, 48:15
**imposition** [1] - 47:1
**incarcerated** [1] - 17:24
**incarceration** [2] - 14:4, 43:13
**inciting** [2] - 17:3
**include** [3] - 26:24, 38:2, 49:16
**included** [8] - 5:7, 5:12, 8:25, 9:11, 27:17, 38:15, 45:7, 47:10
**includes** [4] - 27:11, 39:18, 39:19, 47:22
**including** [3] - 22:7, 29:9, 52:12
**income** [1] - 22:25
**incomparable** [1] - 43:4
**inconsistent** [1] - 36:25
**increase** [1] - 16:1
**incursion** [1] - 30:1
**indicate** [4] - 4:13, 24:8, 46:15
**indicates** [1] - 35:4

indicating [2] - 2:19, 22:9
indiscernible [1] - 49:14
individual [1] - 17:25
individuals [2] - 19:23, 20:13
infers [2] - 27:20, 31:15
information [8] - 10:14, 12:23, 21:25, 46:17, 46:19, 46:20, 46:21, 46:24
initial [1] - 29:1
injuries [2] - 7:23, 37:2
injury [3] - 8:12, 8:23, 23:9
inside [1] - 17:7
insignificant [2] - 15:1, 16:1
insisted [2] - 25:25, 34:18
Inspector [4] - 26:3, 27:2, 27:19, 27:24
inspire [1] - 41:7
Instagram [1] - 37:3
install [2] - 39:9, 42:6
installation [1] - 42:8
institution [1] - 40:24
insure [1] - 40:7
insurrection [15] - 24:17, 24:21, 25:14, 38:2, 38:3, 38:12, 38:17, 38:23, 39:20, 40:13, 40:17, 41:6, 41:18, 41:21, 42:2
insurrectionist [1] - 35:14
insurrectionists [3] - 29:21, 33:24, 34:18
intact [1] - 31:17
intended [1] - 39:21
intending [1] - 16:23
intent [3] - 19:1, 19:2, 20:1
interconnected [1] - 27:16
interest [3] - 47:5, 48:11
interference [2] - 1:24, 52:12
Internet [1] - 17:2
interruptions [1] - 52:13
intervals [1] - 27:17
interview [6] - 5:22, 6:4, 7:3, 34:23, 35:10, 36:22
interviewed [2] - 5:18,

6:10
interviewer [1] - 35:2
introduce [1] - 6:17
investigation [1] - 47:21
inviolable [1] - 40:1
involved [1] - 35:17
Iraq [3] - 7:18, 9:16, 22:18
irritants [1] - 32:13
issue [1] - 49:4
issued [1] - 26:19
issues [2] - 23:6, 50:13
itself [6] - 13:14, 28:15, 31:1, 31:19, 34:1, 38:23

J

jail [6] - 2:25, 3:3, 3:6, 3:9, 4:23, 44:21
James [1] - 39:24
January [23] - 3:14, 15:19, 24:17, 24:18, 25:16, 26:4, 26:7, 27:2, 27:21, 33:17, 34:10, 36:7, 39:3, 39:6, 41:6, 41:12, 41:14, 49:21, 49:23, 49:24, 50:3, 50:4, 50:9
jeopardize [1] - 43:5
JESUS [1] - 1:4
Jesus [3] - 2:3, 15:21, 44:6
job [1] - 22:19
join [1] - 29:21
joined [3] - 22:13, 29:5, 36:2
joining [1] - 40:15
Joint [1] - 28:2
journalist [1] - 35:10
Jubilee [2] - 22:20, 24:4, 35:19
JUDGE [1] - 1:7
judges [2] - 3:14, 38:9
judgment [7] - 44:5, 47:10, 48:5, 49:16, 51:10, 51:11, 51:12
June [1] - 22:21
jurisdiction [1] - 46:5
Justice [1] - 40:6
justified [1] - 40:25

K

keep [2] - 31:7, 31:14

KENT [1] - 1:10
kept [1] - 25:9
kids [1] - 25:23
kind [1] - 17:4
kindness [1] - 35:23
knee [2] - 8:21, 23:8
known [1] - 42:10
KOLLAR [1] - 1:7
KOLLAR-KOTELLY - 1:7
KOTELLY [1] - 1:7
KS [1] - 1:15

L

labeled [1] - 24:20
lack [3] - 19:11, 19:19, 19:24
lacked [1] - 19:7
Landon [7] - 2:15, 8:20, 9:1, 9:10, 9:18, 10:10, 13:3
LANDON [1] - 1:20
large [3] - 27:17, 27:18, 33:25
last [2] - 10:18, 11:11
latter [1] - 33:12
laughing [1] - 19:15
law [8] - 30:8, 32:17, 37:2, 37:19, 40:19, 42:14, 43:5
lawful [1] - 37:25
lawless [2] - 40:25, 41:1
lawlessness [2] - 41:8
laws [1] - 43:9
leaders [1] - 20:15
leading [2] - 29:10, 31:24
learned [1] - 28:9
least [2] - 24:10, 45:22
leave [3] - 30:7, 50:22, 51:19
leaving [1] - 35:5
led [1] - 41:4
legal [1] - 38:24
length [2] - 43:23, 49:18
less [1] - 47:12
letter [1] - 10:12
letters [5] - 3:16, 20:11, 20:12, 35:16, 35:20
level [2] - 4:14, 18:11
liberty [4] - 40:2, 40:10, 41:5, 43:8
life [1] - 16:18
light [3] - 21:17, 27:12, 37:1

likelihood [1] - 16:2
limitations [3] - 1:23, 52:11, 52:14
limited [2] - 22:25, 52:12
Lincoln [4] - 40:20, 40:23, 41:10, 43:7
line [12] - 25:6, 28:22, 29:8, 29:15, 31:16, 32:1, 32:4, 32:7, 32:24, 34:12
lines [8] - 25:2, 25:9, 25:20, 27:15, 28:18, 29:3, 29:6, 30:4
listed [1] - 7:25
listing [1] - 9:19
lists [2] - 11:22, 41:24
litany [1] - 41:24
live [9] - 25:5, 31:11, 31:15, 32:23, 34:5, 42:23, 42:24, 43:3
Lives [1] - 34:15
lives [1] - 23:24
living [1] - 20:21
local [1] - 45:17
location [2] - 28:13, 28:17
lock [1] - 26:22
look [8] - 4:22, 14:13, 15:14, 20:18, 21:7, 24:8, 35:1, 49:19
looked [1] - 43:18
looking [2] - 5:10, 11:8
lost [2] - 20:6
Loth [2] - 1:21, 52:23
LOTH [1] - 52:3
loud [1] - 29:25
love [1] - 20:22
lover [1] - 43:8
lower [3] - 29:3, 29:10, 31:25
loyal [1] - 35:24
lucky [1] - 42:24
lunch [1] - 35:5

M

ma'am [1] - 13:24
machine [2] - 1:25, 26:14
Mackie [1] - 22:11
Madison [1] - 39:24
Main [1] - 1:15
majesty [1] - 43:12
major [1] - 11:11
man [2] - 20:10, 31:19, 35:21
mandatory [1] - 45:10,

45:14
manner [2] - 20:2, 52:19
March [3] - 15:10, 26:7, 52:21
march [2] - 30:24, 31:1
marijuana [1] - 23:5
Marine [6] - 9:13, 11:12, 12:18, 17:18, 19:18, 22:13
Marines [1] - 12:2
married [3] - 17:18, 23:18, 23:21
matches [1] - 16:7
materials [7] - 7:16, 9:1, 9:2, 9:11, 21:8, 21:16, 22:7
maternal [1] - 23:15
matter [5] - 7:6, 11:5, 12:20, 46:15, 50:23
Matter [1] - 34:15
matters [2] - 48:24, 50:20
maximum [16] - 2:24, 2:25, 3:3, 3:5, 3:6, 3:8, 3:9, 4:16, 4:23, 4:24, 14:18, 44:15, 44:17, 44:19, 44:21, 44:22
maximums [1] - 4:22
mean [5] - 4:21, 9:18, 11:4, 16:10, 41:6
means [2] - 38:17, 42:1
Meanwhile [1] - 29:15
media [1] - 26:17
medical [1] - 23:8
meet [1] - 50:19
member [1] - 35:25
members [11] - 25:12, 26:7, 26:8, 26:11, 26:16, 30:10, 31:14, 32:18, 34:3, 39:16, 40:12
meme [5] - 15:10, 15:16, 19:14
memo [3] - 3:16, 14:7, 15:9
memorandum [6] - 3:12, 3:15, 3:19, 5:7, 7:17, 13:12
men [1] - 19:25
Mendoza [2] - 26:3, 29:2
mental [1] - 23:6
mention [3] - 7:16, 7:23
merely [1] - 17:14
mesh [1] - 27:16

**message** [3] - 15:21, 24:22, 43:1
**messed** [2] - 19:5
**met** [1] - 29:24
**metal** [1] - 26:13
**Metropolitan** [2] - 29:5, 29:19
**Mexico** [1] - 23:25
**Michael** [1] - 26:25
**microphone** [1] - 21:16
**middle** [2] - 14:18, 31:4
**might** [1] - 42:9
**military** [6] - 9:2, 13:6, 22:15, 32:12, 37:13, 40:9
**mind** [1] - 46:16
**minimum** [1] - 14:19
**minutes** [7] - 28:4, 28:7, 29:12, 33:1, 33:3, 33:24, 34:4
**misdemeanors** [2] - 43:15, 43:16
**missed** [1] - 49:22
**mistaken** [1] - 5:19
**mob** [10] - 17:11, 28:10, 28:23, 31:7, 31:22, 32:18, 37:20, 37:21, 39:20, 40:18
**mobocrastic** [1] - 40:21
**mocks** [1] - 15:13
**moment** [1] - 25:10
**momentum** [1] - 37:21
**MONA** [1] - 1:13
**Mona** [2] - 2:7, 6:8
**mona.furst@usdoj. gov** [1] - 1:16
**Montgomery** [1] - 11:13
**month** [2] - 47:12, 47:13
**monthly** [1] - 10:17
**months** [18] - 3:6, 3:9, 4:16, 4:23, 14:4, 14:15, 14:20, 16:6, 18:15, 18:16, 44:7, 44:15, 44:16, 44:17, 44:21, 44:22, 44:24
**months'** [1] - 14:4
**morning** [9] - 2:8, 2:9, 2:10, 2:12, 2:13, 2:14, 2:16, 2:17, 27:21
**most** [4] - 5:11, 27:16, 37:16, 38:9
**mother** [2] - 23:13, 23:18
**move** [2] - 13:15,

24:13
**moving** [1] - 28:12
**MPD** [2] - 29:19, 32:8
**MR** [36] - 2:6, 2:9, 2:10, 4:4, 5:17, 5:23, 6:1, 6:4, 6:15, 7:1, 7:13, 8:7, 8:11, 9:12, 9:24, 10:8, 10:24, 11:18, 11:24, 12:1, 12:4, 12:12, 12:15, 13:1, 14:2, 16:17, 21:19, 49:12, 49:20, 49:24, 50:5, 50:6, 51:3, 51:8, 51:18, 51:22
**MS** [4] - 6:8, 13:20, 13:24, 51:5
**multiple** [1] - 28:18
**must** [9] - 39:23, 45:16, 45:18, 45:20, 45:21, 45:24, 46:17, 47:11, 48:4
**mute** [2] - 21:11, 21:15
**muted** [1] - 50:5

## N

**name** [2] - 6:5, 35:9
**narrations** [1] - 17:1
**nation** [1] - 15:24
**National** [1] - 30:9
**nature** [1] - 17:14
**near** [5] - 27:13, 31:23, 33:9, 33:15, 33:18
**necessary** [1] - 26:22
**need** [5] - 18:1, 20:20, 25:15, 33:23, 35:24
**needed** [3] - 3:23, 25:17, 33:23
**needs** [3] - 15:14, 46:9, 50:15
**negative** [1] - 36:8
**never** [8] - 16:8, 16:17, 18:3, 21:2, 43:9, 43:10, 46:16, 51:14
**nevertheless** [3] - 31:20, 39:8, 42:6
**New** [2] - 23:25, 34:24
**new** [1] - 4:1
**Nogueira's** [1] - 32:11
**Nogueiras** [3] - 6:9, 24:10
**nonjury** [1] - 2:21
**North** [1] - 1:15
**Northern** [1] - 46:4
**northwestern** [1] - 29:9, 31:24

**note** [1] - 37:11
**NOTE** [1] - 52:8
**noted** [1] - 48:16
**notes** [1] - 52:5
**nothing** [3] - 17:8, 17:10, 18:14
**notice** [3] - 48:18, 48:20, 49:2
**noticed** [1] - 13:12
**notify** [1] - 47:17
**November** [1] - 1:4
**null** [1] - 52:17
**number** [1] - 38:25
**NW** [1] - 1:11

## O

**oath** [3] - 40:14, 43:11
**object** [1] - 50:7
**objection** [1] - 3:25
**objections** [2] - 3:18, 48:15
**obligation** [2] - 23:3, 47:18
**obligations** [1] - 47:15
**obliterate** [1] - 37:5
**observer** [1] - 35:14
**obvious** [2] - 39:17, 39:19
**obviously** [5] - 6:24, 8:4, 9:6, 10:22, 18:19
**OC** [2] - 32:10, 32:11
**October** [2] - 3:11, 3:24
**OF** [3] - 1:1, 1:2, 1:6
**offense** [6] - 4:14, 14:23, 16:2, 18:11, 24:13, 37:14
**offenses** [2] - 17:13, 41:25
**office** [4] - 28:1, 46:20, 47:20, 47:25
**Office** [1] - 1:14, 46:21, 47:22
**officer** [3] - 2:15, 12:1, 46:18
**OFFICER** [10] - 2:16, 9:20, 9:22, 10:1, 10:5, 10:9, 10:11, 11:8, 13:5, 50:17
**officers** [11] - 15:11, 29:2, 29:4, 29:14, 30:2, 30:4, 37:19
**Official** [1] - 1:21
**official** [3] - 26:6, 26:19, 52:23
**Okinawa** [1] - 7:24
**old** [4] - 22:3, 23:12,

23:23, 24:7
**older** [1] - 23:16
**once** [5] - 32:24, 46:23, 47:13, 48:17, 49:4
**Once** [1] - 32:1
**one** [23] - 5:17, 6:4, 6:6, 6:10, 7:22, 10:15, 14:11, 15:5, 16:5, 18:13, 23:21, 24:23, 34:7, 36:2, 37:18, 38:8, 41:3, 41:20, 42:15, 45:21, 48:11, 50:2
**onwards** [1] - 32:19
**open** [2] - 26:6, 26:8
**opinion** [2] - 39:4, 48:13
**opinions** [1] - 42:19
**opportunity** [3] - 7:20, 18:20, 21:5
**opposed** [1] - 42:25
**opposite** [2] - 15:16, 34:7
**options** [1] - 45:12
**Order** [1] - 40:5
**order** [7] - 12:7, 35:8, 38:12, 40:14, 47:10, 47:23, 51:10
**ordered** [2] - 45:1, 47:2
**orderly** [1] - 25:17
**otherwise** [1] - 26:14
**outpouring** [1] - 20:22
**outside** [1] - 31:2
**overlapping** [1] - 1:24
**overran** [1] - 19:23
**overrun** [1] - 28:18
**overthrow** [1] - 38:20
**overwhelm** [1] - 29:15
**overwhelmed** [1] - 19:22
**owed** [1] - 47:11
**own** [9] - 25:11, 28:19, 35:15, 36:4, 37:6, 37:17, 42:18, 43:16
**owns** [1] - 23:13

## P

**P.A** [1] - 29:25
**p.m** [18] - 27:23, 28:3, 28:7, 28:14, 28:23, 29:11, 29:15, 29:17, 29:18, 29:19, 30:13, 32:1, 32:4, 33:1, 33:3, 33:13, 51:25
**PA** [1] - 34:2
**page** [5] - 9:14, 9:24,

11:22, 12:4, 12:12
**paid** [2] - 46:23, 47:19
**pandemic** [1] - 52:9
**parading** [1] - 3:7
**parity** [1] - 43:14
**Parliamentarian** [1] - 29:17
**parliamentarian** [1] - 33:12
**part** [8] - 5:11, 17:11, 17:22, 19:6, 21:1, 24:14, 37:7, 49:16
**Part** [1] - 45:11
**partake** [1] - 17:4
**participant** [4] - 15:22, 15:23, 30:17, 35:14
**participated** [3] - 38:2, 39:1, 40:13
**participating** [1] - 38:11
**participation** [4] - 24:17, 30:15, 34:9, 41:19
**particular** [5] - 8:2, 8:5, 17:25, 49:7, 49:10
**particularly** [2] - 30:8, 35:18
**parties** [3] - 51:9, 51:17, 51:23
**Parties** [1] - 1:8
**partly** [1] - 16:10
**partnership** [1] - 27:4
**party** [1] - 52:19
**passed** [1] - 31:19
**passing** [1] - 26:20
**past** [3] - 23:5, 36:22, 41:17
**patriot** [1] - 26:1
**patriots** [3] - 25:9, 32:21, 34:19
**Patriots** [1] - 32:6
**pay** [7] - 23:3, 23:21, 45:1, 46:22, 46:25, 47:5, 47:11
**payable** [1] - 47:15
**paying** [1] - 23:1
**payments** [2] - 23:1, 47:7
**pays** [1] - 24:2
**peace** [2] - 17:10, 40:10
**Peace** [1] - 28:22
**peaceable** [1] - 40:5
**peaceful** [5] - 16:9, 25:17, 38:4, 38:16, 39:23
**penalties** [1] - 47:5
**penalty** [1] - 2:24
**Pence** [4] - 27:23,

28:3, 30:12, 33:3
**Pence's** [1] - 26:25
**penetrated** [1] - 31:12
**Pensacola** [3] - 13:21, 24:5, 49:14
**People** [1] - 40:3
**people** [13] - 13:23, 15:23, 17:12, 18:24, 20:14, 20:18, 20:23, 38:15, 40:3, 40:15, 40:16, 42:11, 43:20
**pepper** [4] - 29:20, 32:8, 32:14, 32:17
**percent** [5] - 10:17, 17:20, 18:5, 23:8, 24:1
**perfect** [1] - 40:5
**perhaps** [2] - 9:16, 12:17
**perimeter** [2] - 27:5, 27:9
**period** [6] - 7:25, 18:8, 29:18, 36:21, 48:12, 49:19
**periodic** [1] - 45:23
**permanently** [1] - 10:19
**permission** [2] - 27:7, 48:7
**permitted** [2] - 26:17, 27:7
**person** [1] - 26:22
**personal** [2] - 9:13, 23:10
**personally** [2] - 17:13, 37:19
**perspective** [1] - 49:17
**Phoenix** [1] - 22:11
**photocopied** [1] - 52:18
**physically** [1] - 17:13
**picketing** [1] - 3:7
**Pinochet's** [1] - 42:18
**pissed** [1] - 34:19
**place** [2] - 49:4, 49:11
**placement** [1] - 45:22
**places** [1] - 27:14
**pleadings** [1] - 21:22
**PLEASE** [1] - 52:8
**podcast** [1] - 34:24
**podcasts** [1] - 36:22
**point** [19] - 4:2, 5:2, 5:6, 7:5, 9:16, 13:10, 13:15, 14:9, 14:10, 14:24, 15:1, 16:11, 21:7, 21:15, 25:7, 27:8, 30:6, 32:15, 44:1
**pointed** [2] - 7:4,

19:13
**police** [14] - 19:15, 25:2, 25:6, 25:9, 25:20, 28:18, 29:3, 29:8, 30:4, 32:1, 32:4, 32:24, 34:11
**Police** [17] - 5:8, 19:12, 19:13, 26:15, 26:19, 26:21, 26:22, 27:3, 27:4, 29:2, 29:5, 29:14, 29:19, 30:2, 30:4, 30:6
**political** [2] - 37:25, 42:19
**portion** [1] - 29:22
**portions** [2] - 4:6, 26:23
**position** [2] - 14:24, 49:4
**positive** [1] - 37:11
**possess** [1] - 45:18
**possible** [4] - 8:19, 12:25, 13:4, 31:22
**post** [1] - 15:10
**posterity** [1] - 43:9
**power** [4] - 16:10, 25:17, 38:5, 38:22
**powerful** [1] - 42:16
**practical** [1] - 46:15
**prayer** [1] - 20:22
**Preamble** [1] - 40:3
**precautions** [1] - 26:4
**preferred** [2] - 42:7, 42:8
**preparation** [1] - 26:25
**presence** [2] - 17:14, 37:20
**present** [3] - 24:3, 33:16, 51:16
**PRESENT** [1] - 1:20
**presentence** [13] - 3:11, 3:24, 4:5, 4:7, 7:16, 8:18, 11:6, 13:14, 22:8, 45:7, 45:12, 47:20, 47:24
**presentencing** [1] - 10:15
**presently** [1] - 22:20
**preside** [1] - 27:1
**President** [19] - 19:4, 26:25, 27:11, 27:12, 27:23, 27:25, 28:3, 28:8, 28:12, 28:16, 30:10, 30:12, 30:20, 30:22, 33:3, 39:10
**President's** [3] - 27:3, 27:22, 27:25
**presidential** [5] - 30:23, 38:4, 39:7,

41:16, 41:20
**presiding** [2] - 28:4, 30:12
**presumably** [1] - 34:16
**pretrial** [2] - 3:10, 50:11
**pretty** [1] - 19:5
**Prettyman** [1] - 31:2
**prevent** [1] - 30:3
**previously** [1] - 35:4
**primary** [1] - 22:15
**principally** [1] - 36:19
**printed** [1] - 27:18
**Prison** [1] - 49:13
**Prisons** [4] - 44:7, 48:18, 48:21, 48:25
**Probation** [2] - 1:20, 47:22
**probation** [17] - 2:15, 3:22, 4:17, 4:24, 7:15, 7:22, 18:8, 18:10, 18:13, 18:16, 46:18, 46:20, 47:20, 47:25, 48:20, 50:16, 51:21
**PROBATION** [10] - 2:16, 9:20, 9:22, 10:1, 10:5, 10:9, 10:11, 11:8, 13:5, 50:17
**problem** [2] - 8:15, 12:20
**Procedure** [1] - 4:8
**proceed** [3] - 12:7, 14:1, 21:14
**proceeding** [1] - 51:25
**proceedings** [5] - 25:4, 25:18, 26:24, 30:13, 52:6
**Proceedings** [1] - 1:25
**proclaimed** [1] - 32:5
**produced** [1] - 1:25
**professional** [2] - 16:24, 19:9
**professionalism** [2] - 19:8, 19:11
**property** [1] - 17:4
**proposition** [2] - 38:24, 39:3
**protect** [1] - 38:23
**protected** [3] - 27:14, 28:9, 43:4
**protective** [1] - 27:5
**protest** [3] - 17:22, 38:16, 41:18
**proudly** [2] - 25:22, 34:9
**prove** [1] - 36:12
**provide** [1] - 46:18

**provided** [2] - 3:13, 37:22
**provides** [2] - 38:15, 40:4
**providing** [2] - 39:18, 39:20
**provisions** [1] - 44:3
**PTSD** [6] - 8:11, 8:12, 8:14, 8:21, 23:7, 23:8
**public** [5] - 26:8, 26:9, 26:16, 29:25, 31:14
**published** [1] - 34:22
**pull** [4] - 25:12, 33:21, 39:16, 40:12
**punishment** [3] - 38:13, 41:10, 43:24
**purpose** [1] - 35:11
**pursuant** [2] - 44:2, 48:2
**pushed** [1] - 25:19
**pushing** [1] - 34:11
**put** [4] - 8:9, 15:9, 26:13, 50:8

### Q

**questioning** [1] - 9:9
**questions** [3] - 8:3, 8:4, 13:12
**quick** [1] - 50:19
**quote** [3] - 25:13, 35:7, 43:7
**quoted** [1] - 10:15
**quotes** [1] - 32:22

### R

**R-H-O-N-E** [1] - 13:17
**racks** [1] - 27:16
**raise** [3] - 5:6, 37:7, 50:13
**raised** [4] - 3:20, 3:25, 13:11, 23:17
**rallies** [1] - 35:5
**rally** [6] - 27:13, 30:20, 30:21, 30:25, 35:4, 35:5
**range** [1] - 18:11
**ransacking** [1] - 25:21
**rate** [1] - 47:12
**Rather** [1] - 25:19
**ray** [1] - 26:14
**reaching** [1] - 31:5
**read** [4] - 11:9, 15:17, 24:14
**real** [1] - 33:20
**really** [3] - 13:6, 19:17,

50:19
**reason** [5] - 8:3, 8:6, 12:7, 19:10, 19:17
**reasonable** [2] - 22:1, 36:13
**rebel** [1] - 41:7
**rebellion** [1] - 38:18
**receive** [2] - 35:16, 48:20
**received** [4] - 9:1, 9:13, 22:10, 22:15
**receives** [1] - 48:18
**recess** [1] - 21:20
**recessed** [1] - 28:19
**reclaimed** [1] - 29:14
**recognizing** [1] - 43:3
**recollection** [4] - 6:18, 6:22, 6:23, 7:4
**recommend** [1] - 49:9
**recommendation** [2] - 49:7, 49:16
**recommendations** [1] - 52:10
**recommended** [1] - 45:11
**record** [10] - 2:5, 8:11, 9:14, 10:3, 11:5, 12:4, 21:23, 35:3, 48:16
**Record** [3] - 9:15, 9:24, 12:15
**recorded** [2] - 25:1, 37:17
**records** [8] - 7:22, 8:23, 9:3, 9:13, 11:19, 12:8, 13:6, 22:14
**recruiter** [1] - 22:17
**Recruiting** [1] - 11:12
**reference** [1] - 10:14
**referring** [2] - 10:2, 11:22
**reflect** [1] - 15:7
**reflected** [1] - 4:1
**Reform** [1] - 44:2
**refrain** [1] - 45:20
**regarding** [1] - 3:13
**regular** [1] - 27:17
**reinforce** [1] - 15:25
**reiterate** [1] - 34:20
**related** [1] - 3:21
**relationship** [2] - 23:11, 23:16
**relatively** [1] - 17:6
**release** [13] - 4:16, 5:1, 14:5, 44:10, 44:13, 44:18, 44:22, 44:24, 45:6, 46:19, 47:12, 47:14, 47:20
**Release** [1] - 10:6

**relies** [1] - 36:19
**rely** [1] - 12:5
**remain** [2] - 42:2, 48:19
**remaining** [1] - 2:23
**remarried** [2] - 23:24, 24:3
**remedied** [1] - 41:19
**remember** [2] - 5:20, 6:7
**remorse** [5] - 15:15, 36:5, 36:16, 36:25, 37:4
**remorseful** [1] - 20:25
**remote** [1] - 52:14
**remove** [1] - 46:12
**removed** [2] - 30:14, 33:4
**repeat** [2] - 14:6, 37:15
**repeated** [3] - 6:23, 7:11, 36:18
**report** [17] - 3:10, 3:11, 3:13, 3:24, 4:1, 4:6, 4:7, 7:16, 13:14, 22:8, 45:8, 45:12, 47:21, 47:24, 48:17, 48:22
**reported** [1] - 1:25
**Reporter** [3] - 1:21, 1:21, 52:23
**reporting** [1] - 52:14
**reports** [7] - 8:18, 22:5, 22:6, 22:9, 22:11, 22:17, 23:9
**reposted** [1] - 19:20
**reprehensible** [1] - 37:1
**republic** [1] - 40:2
**republished** [1] - 37:3
**request** [7] - 3:22, 13:3, 13:7, 14:17, 48:6, 48:8, 49:20
**requested** [1] - 46:18
**require** [1] - 36:11
**required** [3] - 18:19, 26:9, 48:13
**requires** [1] - 38:24
**requisite** [1] - 39:25
**reread** [1] - 11:9
**residence** [1] - 47:23
**resident** [1] - 13:21
**resides** [1] - 23:13
**resistance** [1] - 29:9
**resolve** [1] - 37:24
**resolved** [3] - 3:18, 4:2, 35:7
**respect** [1] - 17:16
**respective** [1] - 28:5
**responsibility** [1] -

36:17
**rest** [1] - 12:23
**restitution** [9] - 4:18, 14:5, 23:4, 45:24, 46:1, 46:22, 47:2, 47:7, 47:11
**restricted** [3] - 2:23, 3:2, 31:12
**restrictions** [1] - 52:13
**resulted** [1] - 41:23
**results** [1] - 42:14
**resumed** [1] - 30:13
**retired** [2] - 12:1, 28:5
**return** [2] - 37:8, 47:24
**returned** [2] - 28:8, 34:8
**returning** [1] - 24:21
**review** [2] - 21:16, 34:23
**reviewing** [1] - 9:22
**revised** [1] - 3:23
**revisit** [1] - 3:22
**revolution** [10] - 24:20, 25:11, 33:20, 35:15, 36:3, 37:18, 39:13, 39:15, 40:12, 42:1
**revolutionary** [1] - 41:11
**Rhone** [1] - 13:17
**RHONE** [2] - 13:20, 13:24
**rich** [1] - 42:15
**righteous** [1] - 25:11
**riot** [6] - 15:19, 25:10, 25:20, 29:22, 34:9, 34:11
**rioted** [2] - 39:9, 42:6
**rioter** [3] - 30:17, 33:18, 35:13
**rioters** [18] - 25:1, 25:8, 25:20, 28:14, 29:12, 29:15, 29:24, 30:3, 30:7, 30:14, 32:2, 33:6, 33:11, 33:15, 36:2, 37:21, 37:22, 39:2
**RIVERA** [1] - 1:4
**Rivera** [70] - 2:3, 2:11, 2:13, 2:22, 3:10, 3:17, 5:18, 6:5, 6:10, 6:11, 6:20, 6:23, 7:3, 8:3, 8:8, 8:24, 9:8, 11:3, 12:5, 14:4, 14:25, 15:15, 15:21, 16:15, 16:17, 18:18, 21:8, 22:3, 24:16, 25:1, 25:5, 25:10, 25:14, 25:16, 25:19, 25:22, 25:24, 25:25,

30:17, 30:25, 32:1, 32:3, 32:5, 32:9, 32:15, 32:18, 32:19, 32:22, 32:25, 33:6, 33:9, 33:11, 33:14, 33:18, 34:1, 34:4, 34:6, 34:8, 34:14, 34:20, 35:2, 35:6, 35:18, 36:1, 36:4, 44:6, 48:17, 51:14, 51:21
**Rivera's** [6] - 7:18, 16:10, 16:12, 30:15, 32:8, 34:14
**roaming** [1] - 34:4
**rooms** [1] - 50:25
**RPR** [3] - 1:21, 52:3, 52:23
**Rule** [1] - 4:8
**rule** [5] - 39:20, 40:18, 42:14, 43:4, 43:5
**ruled** [1] - 42:25
**ruling** [1] - 42:20
**run** [4] - 44:8, 44:10, 44:16, 44:20
**running** [1] - 44:12

## S

**safer** [1] - 52:10
**safety** [4] - 28:20, 30:10, 33:4, 37:22
**SAINT** [1] - 52:3
**Saint** [2] - 1:21, 52:23
**SAINT-LOTH** [1] - 52:3
**Saint-Loth** [2] - 1:21, 52:23
**San** [1] - 8:1
**sanction** [1] - 38:17
**saw** [6] - 5:16, 17:7, 20:11, 31:8, 31:12, 33:6
**scheduled** [1] - 27:13
**scheme** [1] - 16:4
**school** [2] - 22:4, 35:19
**search** [1] - 26:14
**seat** [2] - 25:21, 34:17
**second** [2] - 33:11, 42:5
**Secret** [5] - 27:4, 27:10, 28:8, 28:11, 28:15
**Section** [2] - 45:3, 45:25
**sections** [1] - 29:8
**secure** [3] - 28:13, 28:17, 30:9

**security** [5] - 26:4, 26:21, 27:9, 27:12, 28:22
**see** [9] - 2:13, 5:12, 9:16, 13:3, 15:9, 32:9, 51:10, 51:12, 51:14
**seeing** [1] - 11:10
**seeking** [1] - 26:11
**seem** [1] - 7:22
**seemingly** [1] - 36:5
**self** [10] - 22:5, 22:6, 22:9, 22:11, 22:17, 23:9, 48:17, 48:19, 48:25, 50:9
**self-report** [1] - 48:17
**self-reports** [6] - 22:5, 22:6, 22:9, 22:11, 22:17, 23:9
**self-surrender** [1] - 50:9
**self-surrendering** [1] - 48:25
**self-surrenders** [1] - 48:19
**selfies** [1] - 34:6
**Senate** [10] - 28:8, 28:15, 28:19, 29:13, 29:14, 29:16, 33:2, 33:4, 33:10, 33:25
**send** [5] - 9:2, 9:21, 13:7, 13:8, 38:10
**sends** [2] - 15:21, 43:1
**senior** [1] - 13:21
**sent** [1] - 24:22
**sentence** [24] - 14:3, 14:12, 14:14, 14:15, 14:17, 14:22, 15:21, 15:25, 16:4, 16:7, 16:14, 18:13, 18:14, 22:1, 38:8, 38:10, 43:1, 43:21, 43:24, 44:1, 46:1, 47:23, 48:3, 48:15
**sentenced** [1] - 44:9
**sentences** [4] - 3:14, 38:8, 43:16, 43:17
**SENTENCING** [1] - 1:6
**sentencing** [23] - 2:20, 3:12, 3:15, 3:19, 3:20, 4:9, 4:10, 4:12, 4:25, 5:7, 7:17, 11:7, 11:16, 12:22, 13:13, 14:7, 15:9, 15:17, 15:18, 21:15, 21:22, 44:4, 45:12
**Sentencing** [1] - 44:2
**separate** [1] - 50:25
**separately** [1] - 3:16
**seq** [1] - 22:2

**Sergeant** [1] - 26:19
**serious** [1] - 37:14
**serve** [6] - 14:22, 16:14, 38:13, 40:8, 43:24, 44:9
**served** [4] - 10:22, 20:13, 29:2, 37:12
**Service** [9] - 9:15, 9:25, 12:16, 27:5, 27:10, 28:8, 28:12, 28:16
**service** [7] - 10:3, 10:16, 10:20, 12:4, 17:20, 18:4
**service-connected** [2] - 10:16, 10:20
**serving** [1] - 16:5, 43:12
**Session** [1] - 28:2
**set** [6] - 8:14, 22:1, 27:5, 43:22, 45:6, 48:24
**seven** [1] - 17:18
**several** [4] - 24:25, 28:18, 30:11, 33:17
**severe** [1] - 30:8
**shall** [7] - 45:9, 46:12, 47:7, 47:17, 47:20, 47:24, 52:17
**Share** [1] - 25:7
**share** [7] - 19:13, 25:7, 31:11, 32:23, 41:12, 46:20
**shared** [3] - 19:14, 37:1, 41:11
**shares** [1] - 24:1
**sheer** [1] - 38:25
**shelter** [1] - 30:1
**shifted** [1] - 30:7
**shining** [1] - 16:11
**shit** [1] - 26:1
**Shooting** [1] - 32:8
**short** [2] - 15:25, 17:6
**shorthand** [1] - 1:25
**shortly** [5] - 24:21, 28:17, 28:20, 32:7, 36:20
**shouted** [1] - 33:7
**shouting** [1] - 31:8
**show** [4] - 10:24, 10:25, 19:19, 26:12
**shown** [3] - 9:15, 15:15, 15:16
**shows** [1] - 13:10
**siblings** [2] - 23:15, 23:16
**side** [5] - 28:15, 28:21, 29:16, 36:1, 37:11
**sight** [1] - 31:16
**signal** [2] - 52:12,

52:13
**signatory** [1] - 52:19
**signed** [1] - 40:8
**significant** [5] - 15:5,
15:13, 15:19, 15:22,
16:13
**signs** [2] - 27:18,
31:17
**similar** [3] - 14:23,
15:4, 29:20
**simply** [1] - 13:2
**sincerely** [1] - 51:14
**small** [1] - 7:6
**smashed** [1] - 29:12
**snow** [1] - 27:15
**soldiers** [1] - 32:12
**sole** [1] - 35:11
**solely** [1] - 10:20
**solicited** [1] - 6:19
**someone** [4] - 15:12,
19:21, 19:22, 26:20
**sometime** [1] - 30:25
**son** [2] - 23:22
**sorry** [6] - 5:25, 10:9,
16:18, 21:4, 49:22,
50:6
**sort** [2] - 9:3, 21:7
**sought** [1] - 38:20
**source** [1] - 22:9
**spacing** [1] - 49:6
**speakerphone** [1] -
52:15
**speakers** [1] - 1:24
**speaking** [1] - 2:19
**Special** [2] - 24:9,
24:10
**special** [8] - 2:18,
4:19, 4:20, 5:18,
7:11, 45:2, 46:10,
46:22
**specialty** [1] - 22:15
**specific** [4] - 14:21,
16:14, 18:1, 35:22
**specifically** [4] -
16:14, 19:4, 19:9,
39:21
**spend** [1] - 49:25
**spent** [2] - 7:24, 34:4
**spirit** [1] - 40:21
**spiritually** [1] - 20:8
**split** [2] - 18:12, 18:14
**spray** [5] - 29:20, 32:8,
32:14, 32:17
**sprayed** [1] - 32:16
**sprays** [1] - 32:13
**stability** [1] - 40:1
**staff** [3] - 26:7, 30:1,
30:11
**staffers** [1] - 34:3

**stage** [1] - 31:6
**stages** [1] - 29:6
**stairs** [1] - 32:25
**stairway** [3] - 29:9,
31:24, 32:24
**stand** [2] - 16:21,
39:12
**standard** [3] - 20:21,
27:9, 45:6
**start** [1] - 24:16
**starting** [1] - 2:5
**state** [2] - 27:10, 45:16
**State** [1] - 28:6
**statement** [7] - 5:7,
5:9, 5:13, 6:12, 6:16,
24:13, 36:24
**statements** [5] -
21:18, 21:24, 24:9,
36:19, 37:17
**states** [4] - 24:19,
25:14, 35:6, 40:3
**STATES** [3] - 1:1, 1:2,
1:7, 1:9
**States** [8] - 1:14, 2:3,
27:4, 31:5, 32:12,
39:10, 39:14, 46:3
**static** [1] - 1:24, 52:13
**stating** [1] - 7:2, 32:20
**Station** [1] - 11:12
**stations** [1] - 11:11
**statistical** [1] - 3:13
**statute** [2] - 45:25,
48:2
**statutory** [5] - 2:24,
3:2, 3:5, 3:8, 4:22
**stay** [4] - 32:7, 51:20,
51:21, 52:10
**stay-away** [1] - 32:7
**stay-safer-at-home**
[1] - 52:10
**stayed** [1] - 6:16
**Steal** [4] - 27:13,
30:20, 30:21, 35:4
**stemming** [1] - 30:8
**stenographic** [1] -
52:5
**stepfather** [1] - 23:18
**steps** [1] - 39:14
**still** [5] - 17:7, 31:16,
41:12, 49:2, 50:11
**stoic** [1] - 16:20
**stolen** [8] - 30:23,
39:7, 39:8, 41:5,
41:14, 41:22, 42:6,
42:17
**Stop** [4] - 27:13,
30:20, 30:21, 35:3
**stop** [1] - 38:3
**stopping** [1] - 26:24
**straight** [1] - 18:10

**stream** [5] - 25:5,
31:11, 31:15, 32:23
**streaming** [1] - 34:5
**Street** [1] - 1:11
**strongly** [1] - 41:21
**struggling** [1] - 32:2
**stuff** [4] - 13:14, 32:9,
35:7, 50:25
**subject** [3] - 1:23,
26:14, 52:10
**submit** [1] - 45:21
**submitted** [2] - 20:14,
20:15
**subsequent** [1] -
36:22
**substance** [3] - 23:5,
45:19, 45:21
**substantiate** [1] -
17:15
**successive** [1] - 27:15
**suffering** [1] - 15:7
**suggestion** [2] -
11:14, 12:10
**sum** [1] - 44:21
**summarize** [1] - 24:14
**supervised** [9] - 4:16,
5:1, 14:5, 44:10,
44:13, 44:18, 44:22,
44:24, 45:6
**supervision** [7] - 45:5,
45:9, 45:14, 45:22,
46:2, 46:5, 46:14
**supervisor** [2] - 13:18,
13:19
**supervisory** [2] -
13:20, 46:6
**support** [9] - 22:25,
23:3, 23:22, 24:2,
29:2, 35:16, 35:20,
39:2, 41:25
**supporters** [5] - 3:17,
30:24, 35:12, 36:1,
41:6
**supporting** [1] - 18:6
**supportive** [1] - 30:17
**supports** [1] - 17:18
**supposed** [1] - 31:20
**Supreme** [2] - 38:21,
39:4
**surprised** [2] - 8:24,
11:2
**surrender** [1] - 50:9
**surrendering** [1] -
48:25
**surrenders** [1] - 48:19
**surviving** [1] - 29:3
**sustained** [1] - 37:2
**swear** [1] - 40:9
**swear..** [1] - 43:9
**swore** [1] - 40:10

**system** [6] - 29:25,
34:2, 38:21, 42:3,
42:9, 43:12
**systems** [1] - 42:15

**T**

**tailored** [1] - 8:4
**tear** [2] - 28:23, 32:22
**technology** [2] - 1:23,
52:11
**telephone** [2] - 52:12,
52:15
**telephonically** [2] -
1:8, 1:23
**Ten** [1] - 33:1
**ten** [1] - 33:24
**term** [5] - 22:5, 43:13,
44:7, 44:9, 46:14
**termination** [1] - 48:1
**terms** [14] - 3:18, 7:10,
8:10, 9:7, 21:17,
22:4, 22:19, 22:23,
24:18, 25:14, 43:14,
43:19, 44:21, 46:9
**terrace** [7] - 29:10,
29:11, 29:23, 31:25,
32:3, 33:1
**terraces** [1] - 29:4
**test** [1] - 45:21
**testify** [2] - 36:11,
36:13
**testimony** [8] - 5:12,
6:19, 8:10, 15:11,
19:16, 24:9, 27:20,
32:11
**tests** [1] - 45:23
**THE** [62] - 1:1, 1:7,
1:9, 1:17, 2:2, 2:8,
2:12, 2:14, 2:15,
2:16, 2:17, 4:5, 5:21,
5:25, 6:3, 6:6, 6:13,
6:21, 7:8, 7:14, 8:9,
8:14, 9:18, 9:20,
9:21, 9:22, 10:1,
10:4, 10:5, 10:9,
10:10, 10:11, 11:1,
11:8, 11:14, 11:20,
11:25, 12:3, 12:6,
12:13, 12:17, 13:2,
13:5, 13:8, 13:19,
13:22, 13:25, 16:16,
18:18, 18:21, 21:6,
21:21, 49:15, 49:22,
50:1, 50:8, 50:17,
50:21, 51:6, 51:9,
51:19, 51:23
**themselves** [1] - 37:23
**then-President** [3] -

27:12, 30:20, 30:22
**thereafter** [3] - 28:17,
36:20, 45:23
**therefore** [2] - 1:23,
52:10
**three** [1] - 33:2
**throwing** [1] - 42:18
**today** [9] - 21:24, 36:5,
36:25, 37:4, 38:10,
41:9, 41:12, 50:18,
51:16
**together** [3] - 41:25,
43:17
**tolerate** [1] - 43:10
**tool** [1] - 32:12
**tore** [1] - 25:1
**torn** [1] - 31:13
**total** [1] - 45:1
**totally** [2] - 10:19,
36:25
**Toyota** [1] - 22:24
**train** [1] - 32:12
**Tranquility** [1] - 40:7
**transcript** [5] - 1:25,
24:11, 52:5, 52:6,
52:18
**TRANSCRIPT** [1] - 1:6
**transcription** [1] -
1:25
**transcripts** [2] - 15:17,
15:18
**transfer** [5] - 16:10,
25:17, 38:5, 46:5,
46:8
**transferred** [1] - 46:3
**transferring** [1] - 46:5
**trauma** [1] - 37:2
**treated** [1] - 23:7
**treatment** [2] - 47:24,
48:1
**tremendous** [1] - 18:7
**trial** [8] - 6:17, 14:8,
21:23, 24:10, 24:11,
34:23, 36:10, 36:11
**trouble** [2] - 13:13,
16:18
**true** [3] - 35:11, 52:4,
52:5
**truly** [3] - 19:24, 21:4,
39:6
**Trump** [3] - 19:4,
30:22, 35:5
**Trump's** [2] - 27:13,
30:20
**try** [2] - 13:5, 43:23
**trying** [5] - 6:13, 8:16,
20:12
**turn** [1] - 32:17
**twins** [1] - 24:7
**two** [2] - 2:18, 14:11,

23:25, 24:25, 26:2, 28:4, 33:25, 39:5, 40:20, 44:4, 44:14, 45:22
**TX** [1] - 1:18
**type** [3] - 20:17, 37:8, 43:2
**tyranny** [1] - 42:9

## U

**U.S** [8] - 1:20, 17:17, 24:22, 26:15, 27:6, 46:21, 47:8, 47:22
**U.S.C** [3] - 22:2, 45:2, 45:25
**ultimately** [3] - 7:9, 29:23, 30:5
**unable** [1] - 48:6
**unacceptable** [1] - 37:24
**unauthorized** [1] - 32:16
**unclear** [1] - 27:19
**under** [6] - 4:7, 42:3, 43:15, 48:13, 51:15
**undermine** [1] - 40:15
**undermines** [1] - 40:18
**understood** [1] - 31:13
**undisputed** [2] - 4:6, 4:7
**unfortunately** [1] - 36:7
**Union** [1] - 40:6
**UNITED** [4] - 1:1, 1:2, 1:7, 1:9
**United** [8] - 1:14, 2:3, 27:4, 31:5, 32:12, 39:10, 39:14, 46:3
**University** [1] - 22:10
**unlawful** [3] - 40:22, 40:23, 45:20
**unlawfully** [1] - 45:18
**unless** [2] - 11:9, 51:3
**unlike** [1] - 42:1
**unsuccessful** [1] - 30:5
**up** [20] - 7:15, 7:19, 7:24, 8:5, 8:24, 8:25, 9:10, 11:4, 13:10, 19:5, 20:12, 20:18, 21:17, 27:5, 31:18, 32:25, 33:8, 40:8, 43:22
**uphold** [2] - 40:11, 43:11
**upper** [8] - 29:3,

29:10, 29:22, 31:25, 32:3, 33:1, 33:5, 39:14
**urged** [4] - 25:6, 30:23, 31:10, 32:22
**urging** [2] - 29:25, 34:3
**USAO** [1] - 1:14
**USC** [1] - 44:3
**useful** [2] - 12:8, 12:24
**uses** [1] - 32:12

## V

**V.A** [7] - 7:22, 8:23, 9:1, 10:14, 22:21, 22:23, 23:7
**variance** [1] - 18:9
**various** [2] - 27:14, 29:7
**variously** [1] - 35:21
**Venezuela** [1] - 42:16
**verdict** [2] - 2:21, 17:16
**versus** [1] - 2:3
**veteran** [2] - 19:18, 19:19
**Veterans** [1] - 10:12
**veterans** [1] - 22:22
**vetted** [2] - 26:18
**via** [4] - 1:8, 1:22, 52:8, 52:14
**vibrant** [1] - 42:23
**Vice** [14] - 26:25, 27:3, 27:11, 27:22, 27:24, 27:25, 28:3, 28:8, 28:12, 28:16, 30:10, 30:12, 33:3
**victim** [1] - 15:13
**victims** [1] - 15:8
**video** [1] - 21:16
**videoconference** [3] - 1:8, 1:22, 52:9
**videoconferencing** [1] - 52:15
**videoing** [1] - 34:5
**videos** [2] - 5:10, 5:12
**videotape** [2] - 16:23, 17:7
**videotaping** [1] - 16:25
**view** [1] - 50:1
**views** [1] - 37:1
**violate..** [1] - 43:9
**violated** [2] - 40:14
**violation** [2] - 14:16, 43:10
**violence** [6] - 17:3,

30:8, 37:21, 37:24, 38:20, 39:1
**violent** [7] - 3:4, 17:10, 29:9, 34:17, 37:18, 37:22, 38:2
**visible** [1] - 31:17
**visit** [3] - 27:1, 27:3, 27:22
**Visitor** [1] - 26:10
**visitors** [1] - 29:25
**visits** [1] - 27:9
**void** [1] - 52:17
**votes** [3] - 27:1, 28:3, 28:6
**vs** [1] - 1:3

## W

**waive** [1] - 47:5
**waives** [1] - 47:1
**wall** [1] - 33:7
**wants** [1] - 49:11
**war** [2] - 41:22, 42:20
**warehouse** [1] - 22:16
**warranted** [2] - 40:22, 42:3
**Washington** [3] - 1:5, 1:11, 30:19
**watched** [1] - 33:11
**watching** [1] - 31:10
**ways** [1] - 37:25
**weak** [3] - 15:4, 25:25, 34:14
**wealth** [1] - 42:17
**weapons** [1] - 46:13
**wears** [1] - 40:23
**well-wisher** [1] - 43:8
**west** [9] - 28:21, 28:24, 29:4, 29:10, 29:22, 31:24, 33:1, 33:5, 39:14
**western** [1] - 33:7
**western-facing** [1] - 33:7
**whatsoever** [1] - 16:22
**White** [1] - 27:14
**whole** [1] - 21:12
**Wichita** [1] - 1:15
**wife** [3] - 23:24, 24:3, 27:24
**willing** [1] - 30:16
**window** [2] - 34:2, 34:6
**windows** [2] - 25:2, 29:13, 34:1
**Wing** [1] - 29:13
**wing** [4] - 29:14, 33:2, 33:10, 33:25

**wish** [2] - 11:2, 18:20
**wisher** [1] - 43:8
**wishes** [2] - 5:4, 51:20
**withstand** [1] - 32:13
**witnesses** [1] - 26:2
**WOMACK** [30] - 1:17, 2:10, 4:4, 5:17, 5:23, 6:1, 6:4, 7:1, 7:13, 8:7, 8:11, 9:12, 9:24, 10:8, 10:24, 11:18, 11:24, 12:1, 12:4, 12:12, 12:15, 13:1, 16:17, 21:19, 49:12, 49:20, 49:24, 50:5, 51:8, 51:22
**Womack** [13] - 2:11, 4:3, 5:15, 6:21, 11:16, 12:11, 16:16, 19:1, 24:11, 49:10, 49:18, 51:6, 51:21
**word** [1] - 25:12
**words** [7] - 28:9, 32:8, 35:15, 37:6, 37:7, 39:15, 40:11
**worse** [2] - 18:14, 42:13
**wounds** [1] - 18:5
**written** [1] - 15:1
**wrote** [1] - 35:20

## X

**X-ray** [1] - 26:14

## Y

**year** [7] - 2:25, 3:3, 4:17, 7:24, 22:18, 44:19, 44:23
**years** [8] - 4:17, 4:24, 22:3, 22:16, 22:17, 23:12, 23:23, 24:7
**yourself** [4] - 18:25, 38:15, 50:13, 51:16
**yourselves** [1] - 2:4

## Z

**zeal** [1] - 41:4
**Zone** [1] - 18:12
**Zoom** [1] - 21:12